☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *AMENDED Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 8, 2019**    **X** /s/ Benjamin Meeker
                                          Signature of individual signing on behalf of debtor

                                          **Benjamin Meeker**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed 11/08/19   Page 1 of 123

Fill in this information to identify the case:

Debtor name **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the: **DISTRICT OF HAWAII**

Case number (if known): **19-01266**

☑ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders ***AMENDED***

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of Hawaii Department of Taxation Attn: Bankruptcy Unit P.O. Box 259 Honolulu, HI 96813 | | General Excise Taxes | | | | $1,618,015.23 |
| Dentons US LLP 1001 Bishop Street Suite 1800 Honolulu, HI 96813 | Paul Alston, Esq. paul.alston@dentons.com | Legal services (indemnification) | | | | $529,740.15 |
| Brighton Rehabilitation 206 NORTH 2100 WEST Salt Lake Cty, UT 84116 | | Goods or services rendered | Disputed | | | $473,255.93 |
| Victus Management 2131 Palomar Airport Road, Suite 218 Carlsbad, CA 92011 | | Management services | | | | $298,110.49 |
| Ashford & Wriston, LLP 999 Bishop Street Suite 1400 Honolulu, HI 96813 | Kevin W. Herring, Esq. kherring@awlaw.com | Legal services | | | | $157,974.67 |
| DHHS/Ctr for Medicare and Medicaid Svcs Western Div of Survey 90 7th Street, Suite 5-300 (5W) San Francisco, CA 94103-6707 | | Civil Money Penalties | Unliquidated | | | $133,080.00 |

Debtor **Kaumana Drive Partners, LLC**
      Name
             Case number *(if known)*    **19-01266**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMN Healthcare Allied, Inc. P.O. Box 281939 Atlanta, GA 30384-1939 | | Goods or services rendered | Disputed | | | $122,327.51 |
| Carl Osaki, Esq. 225 Queen Street #17H Honolulu, HI 96813 | Carl Osaki, Esq. carl@chosaki.com | Legal services | | | | $102,414.73 |
| Kobayashi, Sugita & Goda, LLP 999 Bishop Street #2600 Honolulu, HI 96813-4430 | Craig K.Shikuma, Esq. cshikuma@ksglaw.com | Legal services (indemnification) | | | | $84,910.88 |
| BKD, LLP P.O. Box 1190 Springfield, MO 65801-1190 | | Goods or services rendered | Disputed | | | $83,310.06 |
| HMAA C/O PSH Ins., 737 Bishop St 12th Fl. Honolulu, HI 96813 | | Goods or services rendered | | | | $31,266.48 |
| Healthcare Association of Hawaii 707 Richards Street, PH2 Honolulu, HI 96813 | | Long Term Care Sustainability Program | Unliquidated | | | $23,989.89 |
| LitEcon LLP 10 W Broadway #203 Long Beach, CA 90802 | | Goods or services rendered | | | | $19,305.00 |
| Hawaii Electric Light Company P.O. Box 29570 Honolulu, HI 96820-1970 | | Services Rendered | | | | $19,167.62 |
| Direct Supply Inc. P.O. Box 88201 Milwaukee, WI 53288 | vsukhanov@directs.com | Goods or services rendered | | | | $17,083.73 |
| Hawaii Employers' Mutual Insurance Co. PO BOX 29050 Honolulu, HI 96820-1450 | | Insurance premiums / promissory note | | | | $14,344.26 |
| Kimberly Gonsalves-Higa 1216 Honua Street Hilo, HI 96720 | | Accrued vacation ($1,505.11); Accrued sick ($903.98) | Subject to Setoff | | | $14,046.91 |

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed   11/08/19   Page 3 of 123

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tammy Silva 2506 Nohona Street Hilo, HI 96720** | | **Accrued vacation ($2,976.88); Accrued sick ($1,787.94)** | **Subject to Setoff** | | | **$13,740.41** |
| **Karen Sawyer P. O. Box 5692 Hilo, HI 96720** | | **Accrued vacation ($1,984.59); Accrued sick ($1,191.96)** | **Subject to Setoff** | | | **$13,274.29** |
| **Amelyn Dalmacio 2282 Awapuhi Street Hilo, HI 96720** | | **Accrued vacation ($1,504.71); Accrued sick ($903.74)** | **Subject to Setoff** | | | **$11,778.09** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:   **Summary of Assets**

---

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **14,456,792.95**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **3,789,225.94**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **18,246,018.89**

---

Part 2:   **Summary of Liabilities**

---

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **15,323,188.73**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **1,873,671.18**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$    **2,221,051.15**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b          $    **19,417,911.06**

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed  11/08/19   Page 5 of 123

| Fill in this information to identify the case: |
| --- |

Debtor name    **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number (if known)    **19-01266**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$500.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Hawaiian Bank** | **Checking [Depository Account]** | 1727 | $269,675.52 |
| 3.2. | **First Hawaiian Bank** | **Checking [Operational Account]** | 4440 | $16,300.17 |
| 3.3. | **First Hawaiian Bank** | **Checking [Loan Account Reserve]** | 5757 | $0.00 |
| 3.4. | **FHB - Payroll Account** | **Checking** | | $26,000.00 |
| 3.5. | **Resident Trust Account** | **Savings** | 9547 | $27,473.94 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $339,949.63 |
| --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Utility Deposit - Hawaii Electric Light Company** | $21,990.00 |
|------|-----------------------------------------------------|------------|
| 7.2. | **Utility Deposit - Hawaii Gas** | $2,000.00 |
| 7.3. | **Utility Deposit - Department of Water Supply, County of Hawaii** | $150.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Insurance** | $56,626.00 |
|------|---------------|------------|
| 8.2. | **Insurance Reserves** | $3,581.20 |
| 8.3. | **Workers Comp** | $40,898.00 |
| 8.4. | **Dues & Subscriptions** | $5,794.73 |

**9.**    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$131,039.93

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | 1,257,762.00 | - | 0.00 | = .... | $1,257,762.00 |
|---------------------------|--------------|---|------|--------|---------------|
| | face amount | | doubtful or uncollectible accounts | | |

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed  11/08/19   Page 7 of 123

Debtor    **Kaumana Drive Partners, LLC**                     Case number *(If known)* **19-01266**
Name

| 11b. Over 90 days old: | **1,201,916.65** | - | **0.00** | =.... | **$1,201,916.65** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                 **$2,459,678.65**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory - Central Supplies** | | $0.00 | Recent cost | $832.95 |
| **Inventory - Dietary** | | $0.00 | | $8,478.28 |
| **Inventory - Housekeeping** | | $0.00 | | $1,580.97 |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                 **$10,892.20**

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **2006 Ford Passenger Van [VIN 1FTSS34L76DA77197] Non-operational** | $0.00 | | $0.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**FF&E** | $847,665.53 | | $847,665.53 |

| 51. | **Total of Part 8.** | $847,665.53 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Improved real property located at 563 Kaumana Drive, Hilo, Hawaii and identified with Tax Map Key No. (3) 2-5-006:012 (approximately 17.613 acres)** | Fee simple | $14,456,792.95 | | $14,456,792.95 |

56.  **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $14,456,792.95 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** **Tradename - "Legacy Hilo Rehabilitation and Nursing Center"** | Unknown | | Unknown |
| 65.  **Goodwill** **Customer Goodwill** | Unknown | | Unknown |

66.  **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**

    ■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claim against Johnalyn Rodrigues Nosaka in Civil No. 3CC-18-1-000184; In the Circuit Court of the Third Circuit for the State of Hawaii** | **Unknown** |
| Nature of claim    **Non-vehicular Tort**<br>Amount requested                **$0.00** | |
| **Claims against Koa Builders Inc. asserted in Civil No. 1CC-18-1-000512; In the Circuit Court of the First Circuit for the State of Hawaii** | **Unknown** |
| Nature of claim    **Breach of Contract**<br>Amount requested                **$0.00** | |
| **Claim against Brighton Rehabilitation LLC in Civil No. 1:18-cv-00240-JMS-KJM; In the U.S. District Court for the District of Hawaii** | **Unknown** |
| Nature of claim    **Breach of Contract**<br>Amount requested                **$0.00** | |
| **Crossclaims against David Willson asserted in Civil No. 1CC-17-1-001699; In the Circuit Court of the First Circuit for the State of Hawaii** | **Unknown** |
| Nature of claim    **Breach of Contract**<br>Amount requested                **$0.00** | |

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 11 of 123

**Claim against DHHS/Ctr for Medicare and Medicaid
Services, et al. asserted in Civil No.
1:19-cv-00398-JAO-RT; In the U.S. District Court for the
District of Hawaii**                                                                               Unknown

| Nature of claim | **Declaratory Relief** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

**Patient Trust Funds Bond Surety Bond No. 60125141
Issued by Capitol Indemnity Corporation**                                                          Unknown

**OHCA #82-N**                                                                                     Unknown

**Class II Clinical Laboratory Permit [17CP2-398]**                                                Unknown

**Certificate of Need [re Application No. 08-08]**                                                 Unknown

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $339,949.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $131,039.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,459,678.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,892.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $847,665.53 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | $14,456,792.95 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,789,225.94 | + 91b. $14,456,792.95 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,246,018.89 |

Fill in this information to identify the case:

Debtor name **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known) **19-01266**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Rodney Anjo** | | **$0.86** | **$27,473.94** |

Creditor's Name

**563 Kaumana Drive
Hilo, HI 96720**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Resident Trust Account - Savings - Acct#9547**

**Describe the lien**

**Resident Trust Account**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.2 | **Kimie Aoki** | | $50.08 | $27,473.94 |

Creditor's Name

**c/o Alvin Aoki
P.O. Box 473
Papaikou, HI 96781**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**

**Resident Trust Account**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed  11/08/19   Page 14 of 123

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **Harold Arbon** | Describe debtor's property that is subject to a lien | $302.00 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**563 Kaumana Drive**
**Kihei, HI 96753**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Joel Arruda** | Describe debtor's property that is subject to a lien | $15.00 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Clayton Arruda**
**17-400 Kualono Place**
**Kurtistown, HI 96760**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **Linda Bensema** | Describe debtor's property that is subject to a lien | $285.73 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Maximum Legal Services**
**707 Richards St., PH6**
**Honolulu, HI 96813**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No

**9**

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.6 | **Merle Bensema** | Describe debtor's property that is subject to a lien | $265.77 | $27,473.94 |

Creditor's Name

**c/o Maximum Legal Services**
**707 Richards St., PH6**
**Honolulu, HI 96813**

**Resident Trust Account - Savings - Acct# 9547**

Creditor's mailing address

**Describe the lien**

**Resident Trust Account**

**9**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.7 | **Arthur Bowley** | Describe debtor's property that is subject to a lien | $10.00 | $27,473.94 |

Creditor's Name

**c/o Timothy Connor**
**P.O. Box 31**
**Volcano, HI 96785**

**Resident Trust Account - Savings - Acct# 9547**

Creditor's mailing address

**Describe the lien**

**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.8 | **Guy Brown** | Describe debtor's property that is subject to a lien | $827.41 | $27,473.94 |

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed  11/08/19   Page 16 of 123

Creditor's Name

**563 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Resident Trust Account - Savings - Acct#**
**9547**

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **Sandra Burrill** | Describe debtor's property that is subject to a lien | $175.48 | $27,473.94 |
|-----|-----|-----|-----|-----|

Creditor's Name

**c/o Trisha Ogle**
**269 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Resident Trust Account - Savings - Acct#**
**9547**

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.10 | **Rosalind Chamberlin** | Describe debtor's property that is subject to a lien | $916.03 | $27,473.94 |
|-----|-----|-----|-----|-----|

Creditor's Name

**c/o Bruce Chamberlin**
**P.O. Box 2851**
**Kamuela, HI 96743**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Darrell Chase** | Describe debtor's property that is subject to a lien | $596.41 | $27,473.94 |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |
| | **563 Kaumana Drive Hilo, HI 96720** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Resident Trust Account** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Gregory Commendador** | Describe debtor's property that is subject to a lien | $54.03 | $27,473.94 |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |
| | **563 Kaumana Drive Hilo, HI 96720** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Resident Trust Account** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **CPIF WTB, LLC** | Describe debtor's property that is subject to a lien | $15,295,449.17 | $17,764,137.13 |
|---|---|---|---|---|

Creditor's Name

**Improved real property located at 563 Kaumana Drive, Hilo, Hawaii and identified with Tax Map Key No. (3) 2-5-006:012 (approximately 17.613 acres) ($14,456,792.95); FF&E ($847,665.53); Accounts Receivable ($2,459,678.65)**

**1910 Fairview East
Suite 200
Seattle, WA 98102**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Sue Daimaru** | Describe debtor's property that is subject to a lien | $210.09 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**Resident Trust Account - Savings - Acct# 9547**

**c/o Roy Daimaru
1759 Uhaloa Road
Hilo, HI 96720**

Creditor's mailing address

Describe the lien
**Resident Trust Account**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

| 2.1 5 | **Genevieve DAngelo** | Describe debtor's property that is subject to a lien | $55.18 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**Resident Trust Account - Savings - Acct# 9547**

**563 Kaumana Drive
Hilo, HI 96720**

Creditor's mailing address

Describe the lien
**Resident Trust Account**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.16 | **Richard Dermody** | | | | |
|---|---|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | **$210.09** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**c/o Audrey Turner
P.O Box 377562
Ocean View, HI 96737**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.17 | **David Durkee** | | | | |
|---|---|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | **$95.03** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**c/o Ronald (Jeffrey) Mermel
P.O. Box 342
Volcano, HI 96785**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.18 | **Shirley English** | | | | |
|---|---|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | **$1,219.37** | **$27,473.94** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | Resident Trust Account - Savings - Acct# 9547 | |
|---|---|---|---|

Creditor's Name

**c/o Diana Hanley**
**805 Hoolaulea Street**
**Hilo, HI 96720**

Creditor's mailing address

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.19 | **Dorcas Farr** | Describe debtor's property that is subject to a lien | $40.11 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Debra Delmar**
**505 Ainalako Road**
**Hilo, HI 96720**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.20 | **Gordon Figueroa** | Describe debtor's property that is subject to a lien | $192.17 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Beverly Shiroma**
**P.O. Box 96**
**Honomu, HI 96728**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

---

**2.21**

**Ada Forand**

Creditor's Name

**c/o Charles Smith**
**75-648 Hoomama Street**
**Kailua Kona, HI 96740**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$0.00**     **$27,473.94**

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**

**Resident Trust Account**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

---

**2.22**

**Robert Freitas**

Creditor's Name

**c/o Charlotte Hamada**
**1582 Kaunala Way**
**Hilo, HI 96720**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$350.07**     **$27,473.94**

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**

**Resident Trust Account**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

---

**2.23**

**Angel Genobaga**

Creditor's Name

**c/o Cindya Malakaua**
**1582 Kaunala Way**
**Hilo, HI 96720**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     **$429.55**     **$27,473.94**

**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**

---

**Resident Trust Account**

**Is the creditor an insider or related party?**

| Creditor's email address, if known |
|---|

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 4 | **James Gwaltney** | **Describe debtor's property that is subject to a lien** | **$7,839.61** | **$27,473.94** |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |

**563 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 5 | **Linda Hellesen** | **Describe debtor's property that is subject to a lien** | **$1,001.39** | **$27,473.94** |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |

**563 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Contingent
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

■ Unliquidated
☐ Disputed

---

| 2.2 6 | **George Henas** | Describe debtor's property that is subject to a lien | $75.09 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Carrie Henas**
**P.O. Box 1419**
**Kailua Kona, HI 96745**

Creditor's mailing address

**Resident Trust Account - Savings - Acct#
9547**

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 7 | **Maryjane Kalani** | Describe debtor's property that is subject to a lien | $120.55 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Marilyn Nasciemento**
**RR3 Box 1387**
**Pahoa, HI 96778**

Creditor's mailing address

**Resident Trust Account - Savings - Acct#
9547**

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 8 | **Charlene Kamekona** | Describe debtor's property that is subject to a lien | $170.14 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**563 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Resident Trust Account - Savings - Acct#
9547**

Describe the lien

**Resident Trust Account**

| | | | |
|---|---|---|---|
| | | **Is the creditor an insider or related party?** | |
| Creditor's email address, if known | | ■ No | |
| | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ■ Unliquidated | |
| | | ☐ Disputed | |

---

| 2.29 | **Harry Kansaku** | **Describe debtor's property that is subject to a lien** | $1,498.25 | $27,473.94 |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |
| | **c/o Iris Kansaku** **P.O. Box 106** **Papaikou, HI 96781** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Resident Trust Account** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.30 | **Loreta Labicani** | **Describe debtor's property that is subject to a lien** | $1,845.84 | $27,473.94 |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |
| | **c/o Pauline Peralta** **4114 Cheeney Street** **Santa Clara, CA 95054** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Resident Trust Account** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

☐ Contingent
■ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 1 | **Francene Leong** | Describe debtor's property that is subject to a lien | **$45.00** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**16-2036 37th Avenue
Keaau, HI 96749**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Resident Trust Account - Savings - Acct# 9547**

Describe the lien
**Resident Trust Account**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 2 | **David Low** | Describe debtor's property that is subject to a lien | **$1,131.45** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**c/o Andrea Low
P.O. Box 3793
Stateline, NV 89449**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Resident Trust Account - Savings - Acct# 9547**

Describe the lien
**Resident Trust Account**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 3 | **Thelma Martin** | Describe debtor's property that is subject to a lien | **$40.01** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**c/o Yolanda Keehne
69 Uhaloa Place
Hilo, HI 96720**

Creditor's mailing address

**Resident Trust Account - Savings - Acct# 9547**

Describe the lien
**Resident Trust Account**

---

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed 11/08/19   Page 26 of 123

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

| Creditor's email address, if known | |
|---|---|

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

| **Do multiple creditors have an interest in the same property?** | ☐ Contingent |
|---|---|
| ■ No | ■ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.3 4 | **Teruko Matsunaga** | Describe debtor's property that is subject to a lien | $699.56 | $27,473.94 |
|---|---|---|---|---|

| Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** |
|---|---|
| **c/o Carl Matsunaga** | |
| **1583 Lei Lehua Street** | |
| **Hilo, HI 96720** | |
| Creditor's mailing address | **Describe the lien** |
| | **Resident Trust Account** |

Is the creditor an insider or related party?

■ No

☐ Yes

| Creditor's email address, if known | Is anyone else liable on this claim? |
|---|---|

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

| **Do multiple creditors have an interest in the same property?** | ☐ Contingent |
|---|---|
| ■ No | ■ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.3 5 | **Fumiko Monkawa** | Describe debtor's property that is subject to a lien | $156.18 | $27,473.94 |
|---|---|---|---|---|

| Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** |
|---|---|
| **c/o Ann Cristobal** | |
| **866 Komomala Drive** | |
| **Hilo, HI 96720** | |
| Creditor's mailing address | **Describe the lien** |
| | **Resident Trust Account** |

Is the creditor an insider or related party?

■ No

☐ Yes

| Creditor's email address, if known | Is anyone else liable on this claim? |
|---|---|

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.3 6 | **Alma Nabarro** | Describe debtor's property that is subject to a lien | **$982.90** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**c/o Nona Sasahara**
**129 Krauss Avenue**
**Hilo, HI 96720**

**Resident Trust Account - Savings - Acct# 9547**

Creditor's mailing address

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.3 7 | **Frank Nobriga** | Describe debtor's property that is subject to a lien | **$198.49** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**563 Kaumana Drive**
**Hilo, HI 96720**

**Resident Trust Account - Savings - Acct# 9547**

Creditor's mailing address

Describe the lien

**Resident Trust Account**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.3 8 | **Robert Oest** | Describe debtor's property that is subject to a lien | **$150.55** | **$27,473.94** |
|---|---|---|---|---|

Creditor's Name

**563 Kaumana Drive**
**Hilo, HI 96720**

**Resident Trust Account - Savings - Acct# 9547**

Creditor's mailing address

Describe the lien

**Resident Trust Account**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

|  | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 9 | **John Oharra** | Describe debtor's property that is subject to a lien | $50.06 | $27,473.94 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** |
| **563 Kaumana Drive** | |
| **Hilo, HI 96720** | |
| Creditor's mailing address | **Describe the lien** |
| | **Resident Trust Account** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 0 | **Charles Oliver** | Describe debtor's property that is subject to a lien | $300.53 | $27,473.94 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** |
| **563 Kaumana Drive** | |
| **Hilo, HI 96720** | |
| Creditor's mailing address | **Describe the lien** |
| | **Resident Trust Account** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| 2.4 1 | | | | |
|---|---|---|---|---|
| **Natividad Pinzon** | | | **$25.99** | **$27,473.94** |

Creditor's Name

**c/o Edward Pinzon**
**15-1721 Keaau Pahoa Hwy**
**Keaau, HI 96749**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 2 | | | | |
|---|---|---|---|---|
| **Margarite Ringer** | | | **$0.00** | **$27,473.94** |

Creditor's Name

**563 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 3 | | | | |
|---|---|---|---|---|
| **Marie Searle** | | | **$1,306.00** | **$27,473.94** |

Creditor's Name

**c/o Joseph Martinez**
**P.O. Box 10977**
**Hilo, HI 96720**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 4 | **Delton Souza** | Describe debtor's property that is subject to a lien | $778.10 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**16-2469 Ainaola Drive**
**Pahoa, HI 96778**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 5 | **Sadako Suzuki** | Describe debtor's property that is subject to a lien | $79.80 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**c/o Susan Matsuda**
**41 Makaala St.**
**Hilo, HI 96720**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Resident Trust Account - Savings - Acct# 9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 6 | **Aki Takeguchi** | Describe debtor's property that is subject to a lien | $0.00 | $27,473.94 |
|---|---|---|---|---|

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 18 of 21

Creditor's Name

**c/o Sidney Takeguchi**
**789 Edena Street**
**Hilo, HI 96720**

Creditor's mailing address

**Resident Trust Account - Savings - Acct#**
**9547**

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 7 | **Diane Uchima** | **Describe debtor's property that is subject to a lien** | $1,254.76 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**Resident Trust Account - Savings - Acct#**
**9547**

**563 Kaumana Drive**
**Hilo, HI 96720**

Creditor's mailing address

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 8 | **Theodor Van Gelder** | **Describe debtor's property that is subject to a lien** | $50.09 | $27,473.94 |
|---|---|---|---|---|

Creditor's Name

**Resident Trust Account - Savings - Acct#**
**9547**

**c/o Melissa Fuka**
**777 Kilauea Avenue**
**Hilo, HI 96720**

Creditor's mailing address

**Describe the lien**
**Resident Trust Account**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 9 | **Claude Vedel** | Describe debtor's property that is subject to a lien | $1,638.76 | $27,473.94 |
|---|---|---|---|---|
| | Creditor's Name | **Resident Trust Account - Savings - Acct# 9547** | | |
| | **563 Kaumana Drive** **Hilo, HI 96720** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Resident Trust Account** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 0 | **XYNERGY Healthcare Capital II LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **2650 N Military Trail, Suite 420** **Boca Raton, FL 33431** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Financing Statement** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $15,323,188.73 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Carien Van Gelder**<br>**13 Hemlock Street**<br>**Worcester, MA 01602** | Line **2.48** | |
| **Melissa Fuka, Hilo Off. of Pub. Guardian**<br>**777 Kilauea Avenue**<br>**Hilo, HI 96720** | Line **2.49** | |

Fill in this information to identify the case:

Debtor name **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the: **DISTRICT OF HAWAII**

Case number (if known) **19-01266**

☐ Check if this is an
    amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,291.39** | **$1,146.96** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Abrien Aguirre**
**131 Kukuau St.  Apt 202**
**Apt. 202**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation ($521.05); Accrued Sick ($625.91)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☑ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.46 | $598.46 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Sharon Ahia**
**13-345 Kamaili Rd.**
**Pahoa, HI 96778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($271.87); Accrued sick ($326.59)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☑ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      49851      Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.70 | $412.65 |
|---|---|---|---|---|
| | **Samlyn Aiwohi**<br>**P. O. Box 11327**<br>**Hilo, HI 96721** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation ($129.27); Accrued Sick ($283.38)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,566.26 | $490.74 |
|---|---|---|---|---|
| | **Lougelyn Asencion**<br>**137 Kaumana Dr**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($421.04); Accrued sick ($69.70)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.44 | $574.48 |
|---|---|---|---|---|
| | **Leisha Ashley**<br>**169 Hoku St.**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($260.98); Accrued sick ($313.50)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,059.61 | $1,059.61 |
|---|---|---|---|---|
| | **Vivan Ashton**<br>**Hc3 Box 4646**<br>**Keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($453.11); Accrued sick ($606.50)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.35 | $502.83 |
|---|---|---|---|---|
| | **Mark Balicoco**<br>**16-1614 Keaau Pahoa Rd.**<br>**Keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($228.43); Accrued sick ($274.40)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,368.80 | $1,216.01 |
|---|---|---|---|---|
| | **Rachel Bega**<br>**HC 1 Box 5016**<br>**Keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($625.31); Accrued sick ($590.70)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,753.45 | $491.67 |
|---|---|---|---|---|
| | **Genesis Berona**<br>**11 Mopua Place**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($223.36); Accrued sick ($268.31)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,398.10 | $807.17 |
|---|---|---|---|---|
| | **Jesus Bilango**<br>**2608 Kinoole Street**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($336.69); Accrued sick ($440.48)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,112.83** | **$1,924.47** |
| --- | --- | --- | --- | --- |
| | **Gayle Bovee** | *Check all that apply.* | | |
| | **P O Box 1435** | ☐ Contingent | | |
| | **Hilo, HI 96721** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($1,003.83); Accrued sick ($920.64)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$849.64** | **$131.30** |
| --- | --- | --- | --- | --- |
| | **Ryan Brimley** | *Check all that apply.* | | |
| | **106 Liliuokalani Lane** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($59.65); Accrued sick ($71.65)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$199.45** | **$199.45** |
| --- | --- | --- | --- | --- |
| | **Shania Bukoski** | *Check all that apply.* | | |
| | **P.O. Box 711467** | ☐ Contingent | | |
| | **Mountain view, HI 96771** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($90.61); Accrued sick ($108.84)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$269.05** | **$269.05** |
| --- | --- | --- | --- | --- |
| | **Maria Byng** | *Check all that apply.* | | |
| | **135 Pakalana St.** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($122.23); Accrued sick ($146.82)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

U.S. Bankruptcy Court - Hawaii #19-01266 Dkt # 66 Filed 11/08/19 Page 38 of 123

| 2.15 | Priority creditor's name and mailing address<br>**Kharen Cabuyadao**<br>**2177 B. Awapuhi St**<br>**Hilo, HI 96720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$428.82** | **$428.82** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($213.07); Accrued sick ($215.75)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Daylan Capello**<br>**1370 Ululani Street Apt A 208**<br>**Apt. 208**<br>**Hilo, HI 96720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,228.77** | **$653.22** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($296.75); Accrued sick ($356.47)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Shona Compoc**<br>**110 Likeke Street**<br>**Hilo, HI 96720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,416.28** | **$1,048.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($476.12); Accrued sick ($571.93)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Joshua Cordero**<br>**PO Box 11293**<br>**Hilo, HI 96721** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$309.84** | **$309.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($75.13); Accrued sick ($234.71)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$622.50** | **$223.22** |
|------|----------------------------------------------|------------------------------------------------------------------------|-------------|-------------|
| | **Rachiel Corpuz** <br> **17-109 Kulina Rd.** <br> **Keaau, HI 96749** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued vacation ($155.86); Accrued sick ($67.36)** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☐ No <br> ■ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.18** | **$553.14** |
|------|----------------------------------------------|------------------------------------------------------------------------|---------------|-------------|
| | **Veniece Corpuz** <br> **17-109 Kulina Rd. Apt. A** <br> **Keaau, HI 96749** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued vacation ($251.28); Accrued sick ($301.86)** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☐ No <br> ■ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|------|----------------------------------------------|------------------------------------------------------------------------|-----------|-----------|
| | **County of Hawaii** <br> **101 Aupuni Street, Suite 4** <br> **Hilo, HI 96720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Real property taxes** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.79** | **$521.56** |
|------|----------------------------------------------|------------------------------------------------------------------------|---------------|-------------|
| | **Angela Cubangbang** <br> **P.O. Box 6165** <br> **Apt. A** <br> **Hilo, HI 96720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued vacation ($236.94); Accrued sick ($284.62)** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☐ No <br> ■ Yes | | |

| | | |
|---|---|---|
| **2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,778.09** | **$2,408.46** |

**2.23** Priority creditor's name and mailing address

**Amelyn Dalmacio**
**2282 Awapuhi Street**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,778.09**    **$2,408.46**

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($1,504.71); Accrued sick ($903.74)**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
■ Yes

---

**2.24** Priority creditor's name and mailing address

**Charlene Dalmacio**
**PO Box 743**
**Kurtistown, HI 96760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

**Jacqueline Danner**
**RR2 Box 4632**
**Pahoa, HI 96778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43.34**    **$43.34**

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($19.69); Accrued sick ($23.65)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

**2.26** Priority creditor's name and mailing address

**Evelyne Dayoan**
**151308 Naupaka Street**
**Keaau, HI 96749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,497.58**    **$397.35**

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($92.15); Accrued sick ($305.20)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 41 of 123

| | | |
|---|---|---|
| **2.27** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.64**    **$662.20** |
| **Joy Dela Cruz** **28-2829 Hawaii Belt Road** **Apt. A** **Pepeekeo, HI 96783** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Accrued vacation ($300.83); Accrued sick ($361.37)** | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☐ No ■ Yes | |

| | | |
|---|---|---|
| **2.28** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,711.23**    **$190.38** |
| **Divina Duran** **Rra Box 2418** **Pahoa, HI 96778** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Accrued vacation ($86.49); Accrued sick ($103.89)** | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☐ No ■ Yes | |

| | | |
|---|---|---|
| **2.29** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.25**    **$16.25** |
| **Sirinthip Eagleman** **475 Kinoole St., Ste. 102** **Hilo, HI 96720** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Accrued vacation ($7.38); Accrued sick ($8.87)** | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☐ No ■ Yes | |

| | | |
|---|---|---|
| **2.30** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.06**    **Unknown** |
| **Jodi Ellazar** **910 Kaiwiki Road** **Hilo, HI 96720** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Accrued vacation and Accrued sick** | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☐ No ■ Yes | |

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 42 of 123

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,810.35 | $367.89 |
|---|---|---|---|---|

**Sadie Evangelista**
**17-175 Palaai St**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($167.13); Accrued sick ($200.76)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☑ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,850.16 | $542.85 |
|---|---|---|---|---|

**Rachell Exaltacion Itabac**
**27-343 Govt Road**
**Papaikou, HI 96781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($246.61); Accrued sick ($296.24)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☑ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $871.74 | $871.74 |
|---|---|---|---|---|

**Shawn Farley**
**11-3927 Nahelenani St.**
**Volcano, HI 96785**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($516.92); Accrued sick ($354.82)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☑ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.83 | $503.83 |
|---|---|---|---|---|

**Shelly Felix**
**PO Box 7207**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($228.89); Accrued sick ($274.95)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☑ Yes

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 43 of 123

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.49 | $275.95 |
|---|---|---|---|---|

**Mason Figueroa**
**174 Leimamo St.**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($125.36); Accrued sick ($150.59)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,707.20 | $1,715.34 |
|---|---|---|---|---|

**Dana Freitas**
**563 Kaumana Drive**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($1,071.68); Accrued sick ($643.66)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.15 | $408.70 |
|---|---|---|---|---|

**Tiana Fretias**
**15-1621 23rd Ave**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($185.67); Accrued sick ($223.03)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.69 | $586.28 |
|---|---|---|---|---|

**April Gae Gaces**
**16-784 Kaluha Place**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($266.34): Accrued sick ($319.94)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $776.71 | $499.24 |
|---|---|---|---|---|

**Deanna Ganigan**
**134 Desha Avenue**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($226.80); Accrued sick ($272.44)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,735.26 | $1,556.51 |
|---|---|---|---|---|

**Marlene Gapusan**
**680 A Lama St**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($972.45); Accrued sick ($584.06)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,046.91 | $2,409.09 |
|---|---|---|---|---|

**Kimberly Gonsalves-Higa**
**1216 Honua Street**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($1,505.11); Accrued sick ($903.98)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,163.25 | $597.07 |
|---|---|---|---|---|

**Jayte Gonzales-Albez**
**1352 Kaumana Drive**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($271.24); Accrued sick ($325.83)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed  11/08/19   Page 45 of 123

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,729.51 | $981.93 |
|------|---------|---------|---------|---------|

**Tracie Hamilton**
**224 Kaumana Drive**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($422.70); Accrued sick ($559.23)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,103.40 | $10.34 |
|------|---------|---------|---------|---------|

**Dominic Hiro**
**263 Lama Street**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($6.46); Accrued sick ($3.88)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.21 | $353.74 |
|------|---------|---------|---------|---------|

**Winne Hisaiah**
**430 W Kawili Street**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($160.70); Accrued sick ($193.04)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.65 | $431.65 |
|------|---------|---------|---------|---------|

**Kimberly Hodson**
**HCR 1 BOX 5212**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($196.11); Accrued sick ($235.54)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 46 of 123

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,386.23 | $1,549.03 |
|---|---|---|---|---|

**Dennis Hokama**
**516 Awela St**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($967.78); Accrued sick ($581.26)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,150.50 | $1,933.97 |
|---|---|---|---|---|

**Emma Ruth Igloria**
**P O Box 972**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($1,208.27); Accrued sick ($725.70)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,744.27 | $403.35 |
|---|---|---|---|---|

**Jolan Iwata**
**Hcr 3 Box 14023**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($252.00); Accrued sick ($151.35)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.58 | $419.69 |
|---|---|---|---|---|

**Cristina Jackson**
**16-2066 Ohia Drive**
**Pahoa, HI 96778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($190.66); Accrued sick ($229.03)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,262.80 | $836.20 |
|---|---|---|---|---|

**Drena Jessop**
**25?2575 Nolemana Street**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($522.42); Accrued sick ($313.77)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $518.08 | $518.08 |
|---|---|---|---|---|

**Eleisha Johnson**
**16-2084 Uau 5 Rd.**
**Mountain View, HI 96771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($316.06); Accrued sick ($202.02)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,698.02 | $1,361.17 |
|---|---|---|---|---|

**Matthew Johnston**
**30 Waihau Lane**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($394.47); Accrued sick ($996.7)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,914.69 | $374.07 |
|---|---|---|---|---|

**Kathy Kaaumoana**
**P O Box 1668**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($169.94); Accrued sick ($204.13)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.81 | $577.94 |
|---|---|---|---|---|
| | **Kekai Kahakua**<br>**151 Pilipa'a St**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($262.55); Accrued sick ($315.39)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,933.97 | $1,016.50 |
|---|---|---|---|---|
| | **Ngaire Kahakua**<br>**128 Waenakonu Street**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($635.07); Accrued sick ($381.43)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.11 | $575.08 |
|---|---|---|---|---|
| | **Loran Kahalehili**<br>**12A Melani St.**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($290.47); Accrued sick ($284.62)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.69 | $402.36 |
|---|---|---|---|---|
| | **Lepekakukunaokala Kalani**<br>**PO Box 831115**<br>**Pepeekeo, HI 96783** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($149.25); Accrued sick ($253.11)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,661.91** | **$611.67** |
| --- | --- | --- | --- | --- |
| | **Celene Kalima** | Check all that apply. | | |
| | **1135 Waialeale Pl** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($328.15); Accrued sick ($229.52)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$999.25** | **$538.28** |
| --- | --- | --- | --- | --- |
| | **Azrie Kama** | Check all that apply. | | |
| | **335 A Iwalani St.** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($244.53); Accrued sick ($293.74)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,315.01** | **$594.38** |
| --- | --- | --- | --- | --- |
| | **Janelle Kamahele** | Check all that apply. | | |
| | **22 West Kawailani Street** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($270.02); Accrued sick ($324.36)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$474.13** | **$474.13** |
| --- | --- | --- | --- | --- |
| | **Barrilyn Kamalii** | Check all that apply. | | |
| | **334 Luhau Place** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($215.39); Accrued sick ($258.74)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ■ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$789.16** | **$575.00** |
| --- | --- | --- | --- | --- |
| | **Ashlyn Kaneshiro**<br>**15-1670 21 St.**<br>**keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($261.22); Accrued sick ($313.78)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$907.98** | **$255.76** |
| --- | --- | --- | --- | --- |
| | **Sarah Kanui**<br>**537 E Kahaopea St**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($116.19); Accrued sick ($139.57)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,062.63** | **$534.44** |
| --- | --- | --- | --- | --- |
| | **Ana Katoa**<br>**52 E Ohea St**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($242.79); Accrued sick ($291.65)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,347.54** | **$596.86** |
| --- | --- | --- | --- | --- |
| | **Lito Lagundi**<br>**11A Aikane Road**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($271.15); Accrued sick ($325.71)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$608.68** | **$461.26** |
|---|---|---|---|---|
| | **Caylee Ledesma**<br>**230 Kapiolani St.**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($230.86); Accrued sick ($230.40)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☑ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,893.75** | **$1,207.09** |
|---|---|---|---|---|
| | **Janice Lee**<br>**263 Lama Street**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($754.14); Accrued sick ($452.94)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☑ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,083.52** | **$1,588.27** |
|---|---|---|---|---|
| | **Jarom Lee**<br>**P.O. Box 461**<br>**Kurtistown, HI 96760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($992.29); Accrued sick ($595.98)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☑ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$590.85** | **$98.53** |
|---|---|---|---|---|
| | **Jovy Lee**<br>**1505 Railroad Avenue**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($44.76); Accrued sick ($53.77)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☑ Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.63** | **$13.63** |
| --- | --- | --- | --- | --- |
| | **Bessie Letson**<br>**3505 Kinoole Street**<br>**Hilo, HI 96720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($6.19); Accrued sick ($7.44)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$777.94** | **$459.28** |
| --- | --- | --- | --- | --- |
| | **Debe Libed**<br>**2354 A Kinoole Street**<br>**Hilo, HI 96720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($223.74); Accrued sick ($235.55)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,177.96** | **$1,010.42** |
| --- | --- | --- | --- | --- |
| | **Jo-An Lo**<br>**P O Box 10203**<br>**Hilo, HI 96721** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($459.02); Accrued sick ($551.40)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,355.02** | **$963.57** |
| --- | --- | --- | --- | --- |
| | **Susanne Lyle**<br>**PO Box 180324**<br>**Hawaii National Park, HI 96718** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($483.58); Accrued sick ($479.99)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $42.15 | $42.15 |
|---|---|---|---|---|
| | **Kapua Mahi-Iokia**<br>**121 Pakalana Street**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($19.15); Accrued sick ($23.00)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $36.45 | $0.00 |
|---|---|---|---|---|
| | **Kailee Malapitan**<br>**337 Uilani St., Apt. 103**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $10,815.90 | $2,408.46 |
|---|---|---|---|---|
| | **Earl Maltezo**<br>**790 Kaumana Drive**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($1,504.72); Accrued sick ($903.74)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $482.74 | $448.07 |
|---|---|---|---|---|
| | **Jordyn Mansinon**<br>**302 King Ave.**<br>**Apt. 104**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($203.55); Accrued sick ($244.52)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 54 of 123

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.89 | $318.49 |
|------|---|---|---|---|
| | **Kawaiola Medallia**<br>**466 Hinano St. Apt. 104**<br>**Hilo, HI 96721** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($237.08); Accrued sick ($81.41)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,146.56 | $602.44 |
|------|---|---|---|---|
| | **James Medonza**<br>**P O Box 492701**<br>**Keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($273.68); Accrued sick ($328.76)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.09 | $407.09 |
|------|---|---|---|---|
| | **Evan Mee Lee**<br>**740 Wainaku Street**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($197.56); Accrued sick ($209.53)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.01 | $80.01 |
|------|---|---|---|---|
| | **Maria Mena**<br>**16-1515 Uau Rd.**<br>**Mountain View, HI 96771** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($36.35); Accrued sick ($43.66)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 55 of 123

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,421.72** | **$585.94** |
| --- | --- | --- | --- | --- |
| | **Erlinda Mendoza**<br>**16-2064 Hapuu Dr**<br>**Pahoa, HI 96778** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($266.19); Accrued sick ($319.76)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,146.56** | **$602.44** |
| --- | --- | --- | --- | --- |
| | **Eufemia Mendoza**<br>**16-2064 Hapuu Dr**<br>**Pahoa, HI 96778** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($273.68); Accrued sick ($328.76)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,479.72** | **$805.54** |
| --- | --- | --- | --- | --- |
| | **Matthew Miguel**<br>**322 Kukuau St**<br>**Hilo, HI 96720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($793.84); Accrued sick ($476.78)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$189.70** | **$189.70** |
| --- | --- | --- | --- | --- |
| | **Kathleen Milliken**<br>**P O Box 1127**<br>**Hilo, HI 96720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($189.70); Accrued sick ($189.70)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.21 | $538.33 |
|---|---|---|---|---|
| | **Ludivina Molina**<br>**Hcr 2 Box 6063**<br>**Keaau, HI 96749** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($247.24); Accrued sick ($291.09)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.87 | $288.87 |
|---|---|---|---|---|
| | **Melanie Molinero**<br>**114 Pilipa'a St.**<br>**Hilo, HI 96720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($131.23); Accrued sick ($157.64)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,678.51 | $637.96 |
|---|---|---|---|---|
| | **Jackielyn Moreno**<br>**P. O. Box 1322**<br>**Keaau, HI 96749** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($322.29); Accrued sick ($315.67)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.68 | $550.92 |
|---|---|---|---|---|
| | **Rodolfo Murillo Gonzalez**<br>**PO Box 9**<br>**Ninole, HI 96773** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($250.28); Accrued sick ($300.64)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.86 | $664.86 |
|---|---|---|---|---|

**Teisha Nacis**
**1656 Nohoana St.**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Accrued vacation ($415.38); Accrued sick ($249.48)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.38 | $24.38 |
|---|---|---|---|---|

**Abraham Narvaez**
**10 Ala Oli St.**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Accrued vacation ($11.08); Accrued sick ($13.31)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.04 | $0.00 |
|---|---|---|---|---|

**Nichole Nobriga**
**10 Ala Oli St.**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Non-priority Accrued vacation ($72.04); Accrued sick ($0.00)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,318.94 | $2,160.05 |
|---|---|---|---|---|

**Maria Ochoa Smith**
**P. O. Box 1117**
**Kurtistown, HI 96760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Accrued vacation ($1,349.52); Accrued sick ($810.53)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 58 of 123

Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$304.50** | **$210.24** |
|---|---|---|---|---|

**Joyce Oli**
**27-102 Lali Street**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($95.51); Accrued sick ($114.73)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,004.26** | **$425.94** |
|---|---|---|---|---|

**Danny Ortega**
**346 Kauila Street**
**Pepeekeo, HI 96783**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($257.50); Accrued sick ($168.44)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,127.56** | **$620.33** |
|---|---|---|---|---|

**Edna Palacol**
**PO Box 141**
**Papaikou, HI 96781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($281.81); Accrued sick ($338.52)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,702.97** | **$505.17** |
|---|---|---|---|---|

**Susan Pasion**
**523 W Kawailani St**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($275.68); Accrued sick ($229.49)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.63** | **$13.63** |
|---|---|---|---|---|
| | **Michael Patterson**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($6.19); Accrued sick ($7.44)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Florielee Paz**<br>**P.O. Box 492837**<br>**Keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Former employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,707.45** | **$582.96** |
|---|---|---|---|---|
| | **Anabel Pidong**<br>**P O Box 492878**<br>**Keaau, HI 96749** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($264.83); Accrued sick ($318.13)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$597.30** | **$315.91** |
|---|---|---|---|---|
| | **Sara Pinc**<br>**346 Kauila St**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($237.83); Accrued sick ($78.38)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.05 | $213.91 |
|---|---|---|---|---|

**Stephanie Popadic**
**297 Kulana St**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($97.18); Accrued sick ($116.73)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.62 | $324.99 |
|---|---|---|---|---|

**Charlotte Rawlins**
**PO Box 1266**
**Mountain View, HI 96771**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($196.80); Accrued sick ($128.19)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.30 | $194.75 |
|---|---|---|---|---|

**Karly Requelman**
**2504 Palai Hili Street**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($96.67); Accrued sick ($98.08)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.26 | $75.26 |
|---|---|---|---|---|

**Tracy Rodrigues**
**322 Kukuau St.**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($34.19); Accrued sick ($41.07)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 61 of 123

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.36 | $359.36 |
| --- | --- | --- | --- | --- |
| | **Sean Rose** | *Check all that apply.* | | |
| | **13?3432 Makamae Street** | ☐ Contingent | | |
| | **Pahoa, HI 96778** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($222.18); Accrued sick ($137.17)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,786.35 | $442.08 |
| --- | --- | --- | --- | --- |
| | **Frances Ross** | *Check all that apply.* | | |
| | **PO Box 262** | ☐ Contingent | | |
| | **Honomu, HI 96728** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($200.83); Accrued sick ($241.25)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.02 | $574.02 |
| --- | --- | --- | --- | --- |
| | **Joy Ross** | *Check all that apply.* | | |
| | **P.O. Box 606** | ☐ Contingent | | |
| | **Kurtistown, HI 96760** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($339.96); Accrued sick ($234.06)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.10 | $923.78 |
| --- | --- | --- | --- | --- |
| | **Mary Ross** | *Check all that apply.* | | |
| | **28-1708 Old Mamalahoa HWY** | ☐ Contingent | | |
| | **Honomu, HI 96728** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued vacation ($419.66); Accrued sick ($504.12)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.16 | $140.16 |
|---|---|---|---|---|
| | **Chelsie Saiho**<br>**PO Box 5855**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($63.67); Accrued sick ($76.48)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.44 | $0.00 |
|---|---|---|---|---|
| | **Taylor Salgado-Ganzagan**<br><br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Priority Accrued vacation ($0.00); Accrued sick ($0.00)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.68 | $94.76 |
|---|---|---|---|---|
| | **Randy Saluda**<br>**840 Iolani Street**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($13.09); Accrued sick ($81.67)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.29 | $617.91 |
|---|---|---|---|---|
| | **Nestor Saludares**<br>**392 Kaiwiki Road**<br>**Hilo, HI 96720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($280.71); Accrued sick ($337.20)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 63 of 123

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,757.33 | $1,080.03 |
|---|---|---|---|---|

**Thalene Santiagao**
**335 Keonaona St**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($674.76); Accrued sick ($405.27)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,274.29 | $3,176.55 |
|---|---|---|---|---|

**Karen Sawyer**
**P. O. Box 5692**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($1,984.59); Accrued sick ($1,191.96)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,479.83 | $566.96 |
|---|---|---|---|---|

**Harold Seales**
**P O Box 1651**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($257.56); Accrued sick ($309.39)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,740.41 | $4,764.82 |
|---|---|---|---|---|

**Tammy Silva**
**2506 Nohona Street**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($2,976.88); Accrued sick ($1,787.94)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,248.44** | **$617.86** |
|---|---|---|---|---|

**Eden Sinco**
**27-343 Government Road**
**Papaikou, HI 96781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($1,248.44); Accrued sick ($617.86)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$714.63** | **$393.33** |
|---|---|---|---|---|

**Charlene Soriano**
**563 Kaumana Drive**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($131.05); Accrued sick ($262.28)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,618,015.23** | **$1,326,034.58** |
|---|---|---|---|---|

**State of Hawaii Department of Taxation**
**Attn: Bankruptcy Unit**
**P.O. Box 259**
**Honolulu, HI 96813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**General Excise Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State of Hawaii, DLIR, Unemployment Ins**
**830 Punchbowl St. Rm 437**
**Honolulu, HI 96813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$182.75** | **$182.75** |
|---|---|---|---|---|

**Michael Stevens**
**250 Kaiulani Street**
**Apt. 204**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($10.39); Accrued sick ($172.36)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,362.53** | **$567.33** |
|---|---|---|---|---|

**Marciel Tagalicud**
**P O Box 1845**
**Pahoa, HI 96778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($257.73); Accrued sick ($309.60)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,237.90** | **$569.35** |
|---|---|---|---|---|

**Franzes Lyka Talon**
**#12 Iwasaki Camp**
**Keaau, HI 96749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($258.65); Accrued sick ($310.70)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$587.23** | **$587.23** |
|---|---|---|---|---|

**Melissa Tasaki(nka Melissa AdamsOsorio)**
**242 Kapiolani St.**
**Hilo, HI 96720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation ($347.75); Accrued sick ($239.48)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $743.05 | $491.48 |
| --- | --- | --- | --- | --- |
| | **Justin Texeira** | Check all that apply. | | |
| | **112 Haile Street Apt 204** | ☐ Contingent | | |
| | **Unit 9A** | ☐ Unliquidated | | |
| | **Hilo, HI 96720** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($223.27); Accrued sick ($268.21)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,914.87 | $1,177.69 |
| --- | --- | --- | --- | --- |
| | **Kaye Karren Topenio** | Check all that apply. | | |
| | **PO Box 870** | ☐ Contingent | | |
| | **Volcano, HI 96785** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($735.77); Accrued sick ($441.91)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.92 | $165.13 |
| --- | --- | --- | --- | --- |
| | **Elise Trumble** | Check all that apply. | | |
| | **P O Box 1755** | ☐ Contingent | | |
| | **Hilo, HI 96721** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($75.02); Accrued sick ($90.11)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.45 | $482.45 |
| --- | --- | --- | --- | --- |
| | **Kiani Urbano-Pepe'e** | Check all that apply. | | |
| | **1237 komohana St.** | ☐ Contingent | | |
| | **Hilo, HI 96720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued vacation ($219.17); Accrued sick ($263.28)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>■ Yes | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$688.00** | **$570.69** |
|---|---|---|---|---|

**Noland Villasista**
**P O Box 25**
**Apt 501**
**Honomu, HI 96728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($259.26); Accrued sick ($311.43)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$586.27** | **$435.94** |
|---|---|---|---|---|

**Aliyah Wery**
**1352 Kaumana Dr.**
**Hilo, HI 96720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($261.84); Accrued sick ($174.11)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.15** | **$52.15** |
|---|---|---|---|---|

**Lena Woodruff**
**P.O. Box 2293**
**Pahoa, HI 96778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($23.69); Accrued sick ($28.46)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,901.80** | **$1,524.74** |
|---|---|---|---|---|

**Charlene Yamasaki**
**1475 Kikaha Street**
**Hilo, HI 96720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($952.60); Accrued sick ($572.14)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

U.S. Bankruptcy Court - Hawaii  #19-01266   Dkt # 66   Filed  11/08/19   Page 68 of 123

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,559.27 | $522.96 |
|---|---|---|---|---|

**Mark Yaplag**
**135 Alani St**
**Hilo, HI 96720**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($237.57); Accrued sick ($285.38)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☐ No
- ■ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,510.82 | $523.40 |
|---|---|---|---|---|

**Neander Ybanez**
**338 Ainaola Dr**
**Hilo, HI 96720**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($237.77); Accrued sick ($285.62)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☐ No
- ■ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.61 | $1,050.35 |
|---|---|---|---|---|

**Kanani Yockman**
**483 Keonaona St.**
**Hilo, HI 96720**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation ($)527.33; Accrued sick ($523.02)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☐ No
- ■ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,772.25 |
|---|---|---|---|

**Accelerated Care Plus Leasing Inc.**
**13828 Collections Center DR**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Goods or services rendered**

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,327.51 |
|---|---|---|---|

**AMN Healthcare Allied, Inc.**
P.O. Box 281939
Atlanta, GA 30384-1939

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2016, 2017

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,974.67 |
|---|---|---|---|

**Ashford & Wriston, LLP**
999 Bishop Street
Suite 1400
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018, 2019

Basis for the claim:  **Legal services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,310.06 |
|---|---|---|---|

**BKD, LLP**
P.O. Box 1190
Springfield, MO 65801-1190

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.32 |
|---|---|---|---|

**Briggs Healthcare**
4900 University Ave. Suite 200
DES MOINES, IA 50266-1355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473,255.93 |
|---|---|---|---|

**Brighton Rehabilitation**
206 NORTH 2100 WEST
Salt Lake Cty, UT 84116

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2016, 20177

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brighton Rehabilitation LLC**
206 North 2100 West
Salt Lake City, UT 84116

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Counterclaim asserted against [Debtor] in Civil No. 1:18-cv-0024-JMS-KM; In the U.S. District Court for the District of Hawaii**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Casamba**
5210 Lewis Road #10
Agoura Hills, CA 91301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **County of Hawaii, DWS**<br>**345 KEKUANAO'A ST., STE 20**<br>**Hilo, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Basis for the claim: __Services Rendered__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529,740.15 |
|---|---|---|---|
| | **Dentons US LLP**<br>**1001 Bishop Street**<br>**Suite 1800**<br>**Honolulu, HI 96813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018, 2019__ | | |
| | Last 4 digits of account number | Basis for the claim: __Legal services (indemnification)__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,080.00 |
|---|---|---|---|
| | **DHHS/Ctr for Medicare and Medicaid Svcs**<br>**Western Div of Survey**<br>**90 7th Street, Suite 5-300 (5W)**<br>**San Francisco, CA 94103-6707** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Basis for the claim: __Civil Money Penalties__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,083.73 |
|---|---|---|---|
| | **Direct Supply Inc.**<br>**P.O. Box 88201**<br>**Milwaukee, WI 53288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | | |
| | Last 4 digits of account number | Basis for the claim: __Goods or services rendered__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Dyatech, LLC**<br>**805 S Wheatley St**<br>**Ste 600**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Basis for the claim: __Goods or services rendered__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.75 |
|---|---|---|---|
| | **Ecolab**<br>**P.O. Box 100512**<br>**PASADENA, CA 96720-1812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | | |
| | Last 4 digits of account number | Basis for the claim: __Goods or services rendered__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.79 |
|---|---|---|---|
| | **EcoLab Food Safety Specialties**<br>**24198 Network Place**<br>**Chicago, IL 60673-1241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Basis for the claim: __Goods or services rendered__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,461.25** |
|---|---|---|---|

**ECS Solutions**
**P.O. Box 402**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arlene M. Estacion**
**25-2594 Nolemana Street**
**Hilo, HI 96720**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Claim asserted in Civl No. 19-02555, In the U.S. District Court for the District of Hawaii**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,244.01** |
|---|---|---|---|

**FirstLease, Inc.**
**P.O. Box  57309**
**Philadelphia, PA 19111-7309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,167.62** |
|---|---|---|---|

**Hawaii Electric Light Company**
**P.O. Box 29570**
**Honolulu, HI 96820-1970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,344.26** |
|---|---|---|---|

**Hawaii Employers' Mutual Insurance Co.**
**PO BOX 29050**
**Honolulu, HI 96820-1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Insurance premiums / promissory note**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,987.14** |
|---|---|---|---|

**Hawaii Gas**
**P.O. Box  29850**
**Honolulu, HI 96820-2250**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,628.00** |
|---|---|---|---|

**Hawaii Hospital Education & Research Fdn**
**707 Richards Street, PH2**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

U.S. Bankruptcy Court - Hawaii  #19-01266   Dkt # 66   Filed  11/08/19   Page 72 of 123

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,989.89 |

**Healthcare Association of Hawaii**
**707 Richards Street, PH2**
**Honolulu, HI 96813**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018, 2019**

Basis for the claim:  **Long Term Care Sustainability Program**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.94 |

**Hilo Medical Center**
**1190 Waianuenue Ave**
**Hilo, HI 96720-2094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.67 |

**Hilo Products, Inc.**
**41 Makaala Street**
**Hilo, HI 96720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Hilo SNF, LLC**
**45-181 Waikalua Road**
**Kaneohe, HI 96744**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Management Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,266.48 |

**HMAA**
**C/O PSH Ins., 737 Bishop St 12th Fl.**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,910.88 |

**Kobayashi, Sugita & Goda, LLP**
**999 Bishop Street #2600**
**Honolulu, HI 96813-4430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Legal services (indemnification)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,305.00 |

**LitEcon LLP**
**10 W Broadway #203**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,857.61 |
|---|---|---|---|

**MEDLINE INDUSTRIES INC**
**P.O. Box 121080, Dept 1080**
**Dallas, TX 75312**

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.50 |
|---|---|---|---|

**Miller, Nash Graham & Dunn**
**3400 US Bancorp Tower**
**111 S.W. Fifth Avenue**
**Portland, OR 97204**

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,233.39 |
|---|---|---|---|

**MTX of Southwest Florida, Inc.**
**P. O. Box 48426, Suite 227**
**Tampa, FL 33647**

Date(s) debt was incurred __2017, 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.92 |
|---|---|---|---|

**North Hawaii Community Hospital**
**67-1125 Mamalahoa Hwy**
**Kamuela, HI 96743**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnalyn Nosaka**
**c/o Ted H.S. Hong**
**P.O. Box 4217**
**Hilo, HI 96720**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Counterclaim asserted in Civil No. 18-1184, Circuit Court of the Third Circuit, State of Hawaii**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $827.98 |
|---|---|---|---|

**Oahu Publications**
**P. O. Box 31000**
**Honolulu, HI 96849-5027**

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,269.50 |
|---|---|---|---|

**On Shift**
**P.O. Box 207856**
**Dallas, TX 75320-7856**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102,414.73** |
|---|---|---|---|
| | Carl Osaki, Esq.<br>225 Queen Street #17H<br>Honolulu, HI 96813 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | **Basis for the claim:** __Legal services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,750.51** |
|---|---|---|---|
| | Pacific Guardian Life<br>1440 Kapiolani Blvd., Suite 1700<br>Honolulu, HI 96814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __TDI Premium__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,014.28** |
|---|---|---|---|
| | Pacific Office Automation<br>14747 NW Greenbrier Pkwy<br>Beaverton, OR 97006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | **Basis for the claim:** __Goods or services rendered__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,360.24** |
|---|---|---|---|
| | Pitney Bowes Global Financial Services<br>P. O. Box 371874<br>Pittsburgh, PA 15250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | **Basis for the claim:** __Goods or services rendered__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,320.00** |
|---|---|---|---|
| | PointClickCare Technologies, Inc.<br>5570 Explorer Drive<br>Missisauga, Ontario<br>CANADA L4W0C4 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | **Basis for the claim:** __Goods or services rendered__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,580.08** |
|---|---|---|---|
| | Premium Incorporated<br>2644 Waiwai Loop<br>Honolulu, HI 96819 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | **Basis for the claim:** __Goods or services rendered__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | R. Pumphrey and Associates<br>3637 Medina Road<br>Suite 95LL<br>Medina, OH 44256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Accounting services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|

**Registered Agent Solutions, Inc.**
**1701 Directors Blvd., Suite 300**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**SECLOUD LLC**
**7720 NE Why 99, Ste D177**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2019**

Basis for the claim:   **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,046.14 |
|---|---|---|---|

**SECURUS SYSTEMS INC**
**P. O. Box 822772**
**Vancouver, WA 98682-0059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2019**

Basis for the claim:   **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,470.00 |
|---|---|---|---|

**Silversage Management Services, PLLC**
**P.O. Box  25523**
**Chattanooga, TN 37422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2017-2019**

Basis for the claim:   **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,901.54 |
|---|---|---|---|

**Spectrum 8109 10 200 0315306**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.24 |
|---|---|---|---|

**Spectrum Business 083720201**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,663.16 |
|---|---|---|---|

**Spectrum Business Acct#8109102000297017**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.65 |
|---|---|---|---|

**Spectrum Business Acct#8109102000314309**
P.O. Box 60074
City of Industry, CA 91716-0074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,563.42 |
|---|---|---|---|

**STAPLES BUSINESS ADVANTAGE**
P.O. Box 105638
Atlanta, GA 30348-5638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Goods or services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**State of Hawaii, Dept of Human Svcs**
P.O. Box 339
Honolulu, HI 96809-0339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Nursing Facility Sustainability Fee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.65 |
|---|---|---|---|

**Suisan Co. Ltd.**
P.O. Box 366
Hilo, HI 96721-0366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Goods or services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,642.64 |
|---|---|---|---|

**SYSCO Hawaii**
P.O. Box 855
Honolulu, HI 96808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Goods or services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,861.84 |
|---|---|---|---|

**TIAA Bank**
P.O. Box 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,543.34 |
|---|---|---|---|

**TTMM ENTERPRISES**
8022 S Rainbow Blvd #207
Las Vegas, NV 89139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Goods or services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$298,110.49** |
| --- | --- | --- | --- |

**Victus Management**
**2131 Palomar Airport Road, Suite 218**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Management services__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Charles A. Price, Esq.**<br>**707 Richards Street, Suite 610**<br>**Honolulu, HI 96813** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 1,873,671.18 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,221,051.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,094,722.33 |

Fill in this information to identify the case:

Debtor name    **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number (if known)    **19-01266**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Operating Lease Agreement by and between Accelerated Care Plus Leasing, Inc. and [Debtor], as amended** | **Accelerated Care Plus Leasing Inc.**<br>**13828 Collections Center DR**<br>**Chicago, IL 60693** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Patient Trust Funds Bond - Bond No. 60125141 dated September 20, 2017, by Capitol Investment Corporation on behalf of [Debtor] as principal in favor of the State of Hawaii [as extended by Continuation Certificate dated 1/18/2019]** | **Capitol Indemnity Corporation**<br>**P.O. Box 5900**<br>**Madison, WI 53705-0900** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Billing and Consulting Services Agreement dated August 21, 2017 by and between ECS Billing and Consulting South, Inc. and Legacy Hilo Rehabilitation and Nursing Center.** | **ECS BILLING AND CONSULTING SOUTH, INC.**<br>**5870 Venture Drive**<br>**Dublin, OH 43017** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Trading Partner Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hawaii Medical Service Association**<br>**818 Keeaumoku Street**<br>**Honolulu, HI 96814** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Participating Freestanding Institutional Provider Agreement by and between Hawaii Medical Service Association and [the Debtor]** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hawaii Medical Service Association**<br>**818 Keeaumoku Street**<br>**Honolulu, HI 96814** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Quest Integration Participating Freestanding Institutional Provider Agreement by and between Hawaii Medical Service Association, and [the Debtor]** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hawaii Medical Service Association**<br>**818 Keeaumoku Street**<br>**Honolulu, HI 96814** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Freestanding Institutional Provider Agreement for Medicare Plans by and between Hawaii Medical Service Association and [the Debtor]** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hawaii Medical Service Association**<br>**818 Keeaumoku Street**<br>**Honolulu, HI 96814** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Statewide Transfer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Healthcare Association of Hawaii** |
| | List the contract number of any government contract | | **707 Richards Street, PH2** |
| | | | **Honolulu, HI 96813** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement by and between [Debtor] and Hilo SNF, LLC effective as of September 30, 2019** | |
|---|---|---|---|
| | State the term remaining | **12/31/2019** | |
| | List the contract number of any government contract | | **Hilo SNF, LLC** |
| | | | **45-181 Waikalua Road** |
| | | | **Kaneohe, HI 96744** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Hospice Services Agreement by and between Hospice of Hilo and [the Debtor] dated as fo October 20, 2015** | |
|---|---|---|---|
| | State the term remaining | | **Hospice of Hilo** |
| | List the contract number of any government contract | | **1011 Waianuenue Avenue** |
| | | | **Hilo, HI 96720-2019** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Fund Management Service Services Agreement effective as of 12/7/2017, by and between National Datacare Corporation and [Debtor]** | |
|---|---|---|---|
| | State the term remaining | | **National Datacare Corporation** |
| | List the contract number of any government contract | | **14155 Newbrook Drive #200** |
| | | | **Chantilly, VA 20151** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare Intermediary** | |
|---|---|---|---|
| | State the term remaining | | **Noridian Healthcare Solutions LLC** |
| | List the contract number of any government contract | | **Noridian JDDME** |
| | | | **PO Box 6727** |
| | | | **Fargo, ND 58108-6727** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agreement dated November 15, 2016 between Silversage Physician Services of Hawaii, as the Practice, and [Debtor], as the Facility** | |
|---|---|---|---|
| | State the term remaining | | **SilverSage Physician Services of Hawaii** |
| | List the contract number of any government contract | | **P.O. Box 25523** **Chattanooga, TN 37422** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement between SYSCO, as distributor and [Debtor], as customer** | |
|---|---|---|---|
| | State the term remaining | | **SYSCO CORPORATION** |
| | List the contract number of any government contract | | **P. O. Box 855** **Honolulu, HI 96808** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Provider Participation Agreement by and between UnitedHealthcare Insurce Company (on behalf of itself and its affiliates) and [the Debtor] effective as of June 1, 2016** | |
|---|---|---|---|
| | State the term remaining | | **UnitedHealthcare Insurance Company** |
| | List the contract number of any government contract | | **1132 Bishop Street, Suite 400** **Honolulu, HI 96813** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Participating Group Provider Agreement by and between University Health Alliance and [the Debtor] effective as of October 1, 2016** | |
|---|---|---|---|
| | State the term remaining | | **University Health Alliance** |
| | List the contract number of any government contract | | **P.O. Box 29590** **Honolulu, HI 96820-1990** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Participating Provider Agreement by and between WellCare Health Insurance of Arizona, Inc. d/b/a Ohana Health Plan, Inc. and [the Debtor] dated as of February 24, 2016** | |
|---|---|---|---|
| | State the term remaining | | **WellCare Health Ins. of AZ dba Ohana Health Plan Inc. 8735 Henderson Road Tampa, FL 33634** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known) **19-01266**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Andre Hurst** | **563 Kaumana Drive**<br>**Hilo, HI 96720** | **Hawaii Employers'**<br>**Mutual Insurance Co.** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.2 | **Benjamin Meeker** | **2131 Palomar Airport Road, Suite 218**<br>**Carlsbad, CA 92011** | **CPIF WTB, LLC** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 66   Filed  11/08/19   Page 84 of 123

Fill in this information to identify the case:

Debtor name **Kaumana Drive Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known) **19-01266**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,800,000.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$10,000,000.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$8,981,176.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Silversage Management Services, PLLC**<br>P.O. Box  25523<br>Chattanooga, TN 37422 | 9/17/19 | $28,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Hawaii Dental Service**<br>P.O. Box 30500<br>Honolulu, HI 96820-0500 | 4/3/2019;<br>5/3/2019;<br>6/5/2019;<br>7/5/2019;<br>9/5/2019 | $14,038.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Dental insurance premiums** |
| 3.3. **Hawaii Employers' Mutual Insurance Co.**<br>PO BOX 29050<br>Honolulu, HI 96820-1450 | 10/2/2019 | $22,087.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance premiums** |
| 3.4. **HMAA**<br>C/O PSH Ins., 737 Bishop St 12th Fl.<br>Honolulu, HI 96813 | 9/30/2019* | $39,926.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance Premiums** |
| 3.5. **MEDLINE INDUSTRIES INC**<br>P.O. Box 121080, Dept 1080<br>Dallas, TX 75312 | 9/30/2019* | $74,600.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Pharmerica**<br>P.O. Box 644458 | 9/30/2019* | $44,591.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Silversage Management Services, PLLC**<br>P.O. Box  25523<br>Chattanooga, TN 37422 | 9/30/2019* | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **SYSCO Hawaii**<br>P.O. Box 855<br>Honolulu, HI 96808 | 9/30/2019* | $50,877.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Hawaii Gas / Airgas USA LLC**<br>P.O. Box 29850<br>Honolulu, HI 96820-2250 | 9/26/2019 | $9,033.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **ECS Solutions**<br>P.O. Box 402<br>Tiffin, OH 44883 | 7/12/2019;<br>9/23/2019 | $20,233.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Hawaii Electric Light Company**<br>P.O. Box 909<br>Honolulu, HI 96808 | 8/1/2019;<br>8/30/2019 | $41,471.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Electricity** |
| 3.12. **Hawaii Employers' Mutual Insurance Co.**<br>PO BOX 29050<br>Honolulu, HI 96820-1450 | 8/1/2019;<br>8/30/2019 | $67,670.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance Premiums** |
| 3.13. **Hilo Products, Inc.**<br>41 Makaala Street<br>Hilo, HI 96720 | 7/12/2019;<br>8/14/2019;<br>9/26/2019 | $10,766.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **HMAA**<br>C/O PSH Ins., 737 Bishop St 12th Fl.<br>Honolulu, HI 96813 | 7/12/2019;<br>8/30/2019 | $68,400.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premiums** |
| 3.15. **IPFS Corporation** | 8/6/2019 | $41,384.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premium** |
| 3.16. **MEDLINE INDUSTRIES INC**<br>P.O. Box 121080, Dept 1080<br>Dallas, TX 75312 | 7/12/2019;<br>8/14/2019 | $36,672.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Carl Osaki, Esq.**<br>**225 Queen Street #17H**<br>**Honolulu, HI 96813** | 8/8/2019 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. **Pacific Guardian Life** | 8/1/2019 | $8,710.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premium** |
| 3.19. **Pharmerica** | 7/122019;<br>8/14/2019 | $38,885.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **R. Pumphrey and Associates**<br>**3637 Medina Road**<br>**Suite 95LL**<br>**Medina, OH 44256** | 7/12/2019;<br>8/1/2019;<br>9/6/2019;<br>9/27/2019 | $52,450.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **SECURUS SYSTEMS INC**<br>**P. O. Box 822772**<br>**Vancouver, WA 98682-0059** | 7/12/2019;<br>8/28/2019;<br>9/26/2019 | $8,184.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Silversage Management Services,**<br>**PLLC**<br>**P.O. Box  25523**<br>**Chattanooga, TN 37422** | 8/1/2019 | $14,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **SYSCO Hawaii**<br>**P.O. Box 855**<br>**Honolulu, HI 96808** | 7/12/2019;<br>8/14/2019 | $33,574.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Systems Engineering Group LLC**<br>**1314 S King Street**<br>**Suite 1554**<br>**Honolulu, HI 96814** | 9/26/2019 | $7,060.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25.   **\* - Denotes payment by CPIF WTB, LLC** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Andre Hurst**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720**<br>**President** | **11/24/2018;**<br>**1/11/2019;**<br>**5/10/2019;**<br>**822/2019** | **$15,278.45** | **Expense Reimbursement** |
| 4.2.   **Benjamin Meeker**<br>**2131 Palomar Airport Road, Suite 218**<br>**Carlsbad, CA 92011**<br>**President** | **12/31/2018;**<br>**1/25/2019;**<br>**2/12/2019;**<br>**2/27/2019;**<br>**5/7/2019;**<br>**6/12/2019;**<br>**7/8/2019;**<br>**8/13/2019;**<br>**9/6/2019;**<br>**9/26/2019** | **$20,417.43** | **Expense Reimbursement** |
| 4.3.   **Benjamin Meeker**<br>**2131 Palomar Airport Road, Suite 218**<br>**Carlsbad, CA 92011**<br>**President** | **10/31/2018;**<br>**12/3/2018;**<br>**1/2/2019;**<br>**1/30/2019;**<br>**3/5/2019;**<br>**4/3/2019** | **$873,467.16** | **Secured loan repayment guaranteed by B. Meeker** |
| 4.4.   **Victus Management**<br>**2131 Palomar Airport Road, Suite 218**<br>**Carlsbad, CA 92011** | **5/29/2019;**<br>**7/30/2019;**<br>**9/12/2019;**<br>**9/17/2019;**<br>**10/3/2019** | **$200,000.00** | **Management Fees** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Debtor v. Johnalyn Rodrigues Nosaka<br>3CC18-1-00184 | Injunctive Relief; wrongful termination counterclaim | Circuit Court of the Third District<br>Hilo Division<br>777 Kilauea Avenue<br>Hilo, HI 96720 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Debtor v. Koa Builders Inc.<br>1CC-18-1-00512 | Contract | First Circuit Court<br>State of Hawaii<br>777 Punchbowl Street<br>Honolulu, HI 96813 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Debtor v. Brighton Rehabilitation LLC<br>1:18-cv-00240-JMS-KJM | Contract | U.S. District Court for D. Haw.<br>300 Ala Moana Blvd., Rm C338<br>Honolulu, HI 96850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Arlene M. Estacion v. Debtor, et al.<br>1:19-cv-0255-JMS-KJM | Wrongful termination | U.S. District Court for D. Haw.<br>300 Ala Moana Blvd., Rm C338<br>Honolulu, HI 96850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Debtor v. DHHS/Ctr for Medicare and Medicaid Svcs, et al.<br>1:19-cv-00398-JAO-RT | Injunctive relief | U.S. District Court for D. Haw.<br>300 Ala Moana Blvd., Rm C338<br>Honolulu, HI 96850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Debtor v. DHHS/Ctr for Medicare and Medicaid Svcs<br>Review No. 19-71886 | Appeal of CMS decision | U.S. Court of Appeals for the 9th Cir.<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | Ying Lu, et al. v. Hawaiian Islands Regional Center, et al.<br>Civil No. 17-1-1699-10 (JPC) | Breach of Contract; Injunctive Relief; Breach of Fiduciary Duty; Tort | First Circuit Court<br>State of Hawaii<br>777 Punchbowl Street<br>Honolulu, HI 96813 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Arlette P. Fontes<br>FEPA No. H-20466; EEOC No.37B-2019-00073 | Discrimination | Hawaii Civil Rights Commission | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CHOI & ITO, AAL**<br>**700 BISHOP STREET**<br>**SUITE 1107**<br>**Honolulu, HI 96813** | | **5/3/2019;**<br>**9/30/2019** | **$100,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.  Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

U.S. Bankruptcy Court - Hawaii  #19-01266   Dkt # 66   Filed  11/08/19   Page 91 of 123

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Legacy Hilo Rehabilitation and Nursing C 563 Kaumana Drive Hilo, HI 96720** | **Skilled Nursing Facility** | **74** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **On-site** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Address, Phone number, SSN, DOB, medical insurance number, medical recoords number**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

**Legacy Hil 401(k) plan**                                    EIN:  **26-1794868**

Has the plan been terminated?
■ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Claude Vedel 563 Kaumana Drive Hilo, HI 96720 | Resident Trust Account - Savings - Acct# | Resident Trust Account | $1,638.76 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Theodor Van Gelder 563 Kaumana Drive Hilo, HI 96720 | Resident Trust Account - Savings - Acct# | Resident Trust Account | $50.09 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Diane Uchima 563 Kaumana Drive Hilo, HI 96720 | Resident Trust Account - Savings - Acct# | Resident Trust Account | $1,254.76 |

U.S. Bankruptcy Court - Hawaii  #19-01266   Dkt # 66   Filed  11/08/19   Page 93 of 123

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Aki Takeguchi** **c/o Sidney Takeguchi** **789 Edena Street** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sadako Suzuki** **c/o Susan Matsuda** **41 Makaala St.** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$79.80** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Delton Souza** **16-2469 Ainaola Drive** **Pahoa, HI 96778** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$778.10** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Marie Searle** **c/o Joseph Martinez** **P.O. Box 10977** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$1,306.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Margarite Ringer** **563 Kaumana Drive** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Natividad Pinzon** **c/o Edward Pinzon** **15-1721 Keaau Pahoa Hwy** **Keaau, HI 96749** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$25.99** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Charles Oliver** **563 Kaumana Drive** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$300.53** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Oharra** **563 Kaumana Drive** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$50.06** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert Oest** **563 Kaumana Drive** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$150.55** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Frank Nobriga** **563 Kaumana Drive** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$198.49** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alma Nabarro** **c/o Nona Sasahara** **129 Krauss Avenue** **Hilo, HI 96720** | **Resident Trust Account - Savings - Acct#** | **Resident Trust Account** | **$982.90** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fumiko Monkawa**<br>**c/o Ann Cristobal**<br>**866 Komomala Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$156.18** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Teruko Matsunaga**<br>**c/o Carl Matsunaga**<br>**1583 Lei Lehua Street**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$699.56** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Thelma Martin**<br>**c/o Yolanda Keehne**<br>**69 Uhaloa Place**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$40.01** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David Low**<br>**c/o Andrea Low**<br>**P.O. Box 3793**<br>**Stateline, NV 89449** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$1,131.45** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Francene Leong**<br>**16-2036 37th Avenue**<br>**Keaau, HI 96749** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$45.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Loreta Labicani**<br>**c/o Pauline Peralta**<br>**4114 Cheeney Street**<br>**Santa Clara, CA 95054** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$1,845.84** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Harry Kansaku**<br>**c/o Iris Kansaku**<br>**P.O. Box 106**<br>**Papaikou, HI 96781** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$1,498.25** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Charlene Kamekona**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$170.14** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Maryjane Kalani**<br>**c/o Marilyn Nsciemento**<br>**RR3 Box 1387**<br>**Pahoa, HI 96778** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$120.55** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **George Henas**<br>**c/o Carrie Henas**<br>**P.O. Box 1419**<br>**Kailua Kona, HI 96745** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$75.09** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 95 of 123

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Linda Hellesen**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$1,001.39** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **James Gwaltney**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$7,839.61** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Angel Genobaga**<br>**c/o Cindya Malakaua**<br>**1582 Kaunala Way**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$429.55** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert Freitas**<br>**c/o Charlotte Hamada**<br>**1582 Kaunala Way**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$350.07** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ada Forand**<br>**c/o Charles Smith**<br>**75-648 Hoomama Street**<br>**Kailua Kona, HI 96740** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gordon Figueroa**<br>**c/o Beverly Shiroma**<br>**P.O. Box 96**<br>**Honomu, HI 96728** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$192.17** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dorcas Farr**<br>**c/o Debra Delmar**<br>**505 Ainalako Road**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$40.11** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shirley English**<br>**c/o Diana Hanley**<br>**805 Hoolaulea Street**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$1,219.37** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David Durkee**<br>**c/o Ronald (Jeffrey) Mermel**<br>**P.O. Box 342**<br>**Volcano, HI 96785** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$95.03** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Richard Dermody**<br>**c/o Roy ~Daimaru**<br>**1759 Uhaloa Road**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$210.09** |

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 96 of 123

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Genevieve DAngelo**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$55.18** |
| **Sue Daimaru**<br>**c/o Roy ~Daimaru**<br>**1759 Uhaloa Road**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$210.09** |
| **Gregory Commendador**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$54.03** |
| **Darrell Chase**<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$596.41** |
| **Rosalind Chamberlin**<br>**c/o Bruce Chamberlin**<br>**P.O. Box 2851**<br>**Kamuela, HI 96743** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$916.03** |
| **Sandra Burrill**<br>**c/o Trisha Ogle**<br>**269 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$175.48** |
| **Guy Brown**☐<br>**563 Kaumana Drive**<br>**Hilo, HI 96720** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$827.41** |
| **Arthur Bowley**<br>**c/o Timothy Connor**<br>**P.O. Box 31**<br>**Volcano, HI 96785** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$10.00** |
| **Merle Bensema**<br>**c/o Maximum Legal Services**<br>**707 Richards St., PH6**<br>**Honolulu, HI 96813** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$265.77** |
| **Linda Bensema**<br>**c/o Maximum Legal Services**<br>**707 Richards St., PH6**<br>**Honolulu, HI 96813** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$285.73** |
| **Joel Arruda**<br>**c/o Clayton Arruda**<br>**17-400 Kualono Place**<br>**Kurtistown, HI 96760** | **Resident Trust Account -**<br>**Savings - Acct#** | **Resident Trust Account** | **$15.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Harold Arbon<br>563 Kaumana Drive<br>Kihei, HI 96753 | Resident Trust Account -<br>Savings - Acct# | Resident Trust Account | $302.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Kimie Aoki<br>c/o Alvin Aoki<br>P.O. Box 473<br>Papaikou, HI 96781 | Resident Trust Account -<br>Savings - Acct# | Resident Trust Account | $50.08 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Rodney Anjo<br>563 Kaumana Drive<br>Hilo, HI 96720 | Resident Trust Account -<br>Savings - Acct# | Resident Trust Account | $0.86 |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

   ☑ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii  #19-01266  Dkt # 66  Filed  11/08/19  Page 98 of 123

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **R. Pumphrey and Associates**<br>**3637 Medina Road**<br>**Suite 95LL**<br>**Medina, OH 44256** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **R. Pumphrey and Associates**<br>**3637 Medina Road**<br>**Suite 95LL**<br>**Medina, OH 44256** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **CPIF WTB, LLC**<br>**1910 Fairview East**<br>**Suite 200**<br>**Seattle, WA 98102** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **REGENCY VENTURE FUND, LLLP** | **2131 Palomar Airport Road, Suite 218 Carlsbad, CA 92011** | **Member** | **100%** |

U.S. Bankruptcy Court - Hawaii  #19-01266   Dkt # 66   Filed  11/08/19   Page 99 of 123

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Benjamin Meeker** | **2131 Palomar Airport Road, Suite 218 Carlsbad, CA 92011** | **President** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Part 14:**   Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

> I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

> I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  8, 2019**

| | |
|---|---|
| **/s/ Benjamin Meeker** | **Benjamin Meeker** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**United States Bankruptcy Court**
**District of Hawaii**

In re   **Kaumana Drive Partners, LLC**               Case No.   __19-01266__
                             Debtor(s)            Chapter    __11__

# VERIFICATION OF <u>AMENDED</u> CREDITOR MATRIX

I, the President of the limited liability company named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __November 8, 2019__            /s/ Benjamin Meeker
                                         **Benjamin Meeker**/President
                                         Signer/Title

Accelerated Care Plus Leasing Inc.
13828 Collections Center DR
Chicago, IL 60693

Abrien Aguirre
131 Kukuau St. Apt 202
Apt. 202
Hilo, HI 96720

Sharon Ahia
13-345 Kamaili Rd.
Pahoa, HI 96778

Samlyn Aiwohi
P. O. Box 11327
Hilo, HI 96721

AMN Healthcare Allied, Inc.
P.O. Box 281939
Atlanta, GA 30384-1939

Andre Hurst
563 Kaumana Drive
Hilo, HI 96720

Rodney Anjo
563 Kaumana Drive
Hilo, HI 96720

Kimie Aoki
c/o Alvin Aoki
P.O. Box 473
Papaikou, HI 96781

Harold Arbon
563 Kaumana Drive
Kihei, HI 96753

Joel Arruda
c/o Clayton Arruda
17-400 Kualono Place
Kurtistown, HI 96760

Lougelyn Asencion
137 Kaumana Dr
Hilo, HI 96720

Ashford & Wriston, LLP
999 Bishop Street
Suite 1400
Honolulu, HI 96813

Leisha Ashley
169 Hoku St.
Hilo, HI 96720

Vivan Ashton
Hc3 Box 4646
Keaau, HI 96749

Mark Balicoco
16-1614 Keaau Pahoa Rd.
Keaau, HI 96749

Rachel Bega
HC 1 Box 5016
Keaau, HI 96749

Benjamin Meeker
2131 Palomar Airport Road, Suite 218
Carlsbad, CA 92011

Linda Bensema
c/o Maximum Legal Services
707 Richards St., PH6
Honolulu, HI 96813

Merle Bensema
c/o Maximum Legal Services
707 Richards St., PH6
Honolulu, HI 96813

Genesis Berona
11 Mopua Place
Hilo, HI 96720

Jesus Bilango
2608 Kinoole Street
Hilo, HI 96720

BKD, LLP
P.O. Box 1190
Springfield, MO 65801-1190

Gayle Bovee
P O Box 1435
Hilo, HI 96721

Arthur Bowley
c/o Timothy Connor
P.O. Box 31
Volcano, HI 96785

Briggs Healthcare
4900 University Ave. Suite 200
DES MOINES, IA 50266-1355

Brighton Rehabilitation
206 NORTH 2100 WEST
Salt Lake Cty, UT 84116

Brighton Rehabilitation LLC
206 North 2100 West
Salt Lake City, UT 84116

Ryan Brimley
106 Liliuokalani Lane
Hilo, HI 96720

Guy Brown
563 Kaumana Drive
Hilo, HI 96720

Shania Bukoski
P.O. Box 711467
Mountain view, HI 96771

Sandra Burrill
c/o Trisha Ogle
269 Kaumana Drive
Hilo, HI 96720

Maria Byng
135 Pakalana St.
Hilo, HI 96720

Kharen Cabuyadao
2177 B. Awapuhi St
Hilo, HI 96720

Daylan Capello
1370 Ululani Street Apt A 208
Apt. 208
Hilo, HI 96720

Capitol Indemnity Corporation
P.O. Box 5900
Madison, WI 53705-0900

Carien Van Gelder
13 Hemlock Street
Worcester, MA 01602

Casamba
5210 Lewis Road #10
Agoura Hills, CA 91301

Rosalind Chamberlin
c/o Bruce Chamberlin
P.O. Box 2851
Kamuela, HI 96743

Charles A. Price, Esq.
707 Richards Street, Suite 610
Honolulu, HI 96813

Darrell Chase
563 Kaumana Drive
Hilo, HI 96720

Gregory Commendador
563 Kaumana Drive
Hilo, HI 96720

Shona Compoc
110 Likeke Street
Hilo, HI 96720

Joshua Cordero
PO Box 11293
Hilo, HI 96721

Rachiel Corpuz
17-109 Kulina Rd.
Keaau, HI 96749

Veniece Corpuz
17-109 Kulina Rd. Apt. A
Keaau, HI 96749

County of Hawaii
101 Aupuni Street, Suite 4
Hilo, HI 96720

County of Hawaii, DWS
345 KEKUANAO'A ST., STE 20
Hilo, HI 96720

CPIF WTB, LLC
1910 Fairview East
Suite 200
Seattle, WA 98102

Angela Cubangbang
P.O. Box 6165
Apt. A
Hilo, HI 96720

Sue Daimaru
c/o Roy Daimaru
1759 Uhaloa Road
Hilo, HI 96720

Amelyn Dalmacio
2282 Awapuhi Street
Hilo, HI 96720

Charlene Dalmacio
PO Box 743
Kurtistown, HI 96760

Genevieve DAngelo
563 Kaumana Drive
Hilo, HI 96720

Jacqueline Danner
RR2 Box 4632
Pahoa, HI 96778

Evelyne Dayoan
151308 Naupaka Street
Keaau, HI 96749

Joy Dela Cruz
28-2829 Hawaii Belt Road
Apt. A
Pepeekeo, HI 96783

Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI 96813

Richard Dermody
c/o Audrey Turner
P.O Box 377562
Ocean View, HI 96737

DHHS/Ctr for Medicare and Medicaid Svcs
Western Div of Survey
90 7th Street, Suite 5-300 (5W)
San Francisco, CA 94103-6707

Direct Supply Inc.
P.O. Box 88201
Milwaukee, WI 53288

Divina Duran
Rra Box 2418
Pahoa, HI 96778

David Durkee
c/o Ronald (Jeffrey) Mermel
P.O. Box 342
Volcano, HI 96785

Dyatech, LLC
805 S Wheatley St
Ste 600
Ridgeland, MS 39157

Sirinthip Eagleman
475 Kinoole St., Ste. 102
Hilo, HI 96720

Ecolab
P.O. Box 100512
PASADENA, CA 96720-1812

EcoLab Food Safety Specialties
24198 Network Place
Chicago, IL 60673-1241

ECS BILLING AND CONSULTING SOUTH, INC.
5870 Venture Drive
Dublin, OH 43017

ECS Solutions
P.O. Box 402
Tiffin, OH 44883

Jodi Ellazar
910 Kaiwiki Road
Hilo, HI 96720

Shirley English
c/o Diana Hanley
805 Hoolaulea Street
Hilo, HI 96720

Arlene M. Estacion
25-2594 Nolemana Street
Hilo, HI 96720

Sadie Evangelista
17-175 Palaai St
Keaau, HI 96749

Rachell Exaltacion Itabac
27-343 Govt Road
Papaikou, HI 96781

Shawn Farley
11-3927 Nahelenani St.
Volcano, HI 96785

Dorcas Farr
c/o Debra Delmar
505 Ainalako Road
Hilo, HI 96720

Shelly Felix
PO Box 7207
Hilo, HI 96720

Gordon Figueroa
c/o Beverly Shiroma
P.O. Box 96
Honomu, HI 96728

Mason Figueroa
174 Leimamo St.
Hilo, HI 96720

FirstLease, Inc.
P.O. Box 57309
Philadelphia, PA 19111-7309

Ada Forand
c/o Charles Smith
75-648 Hoomama Street
Kailua Kona, HI 96740

Dana Freitas
563 Kaumana Drive
Hilo, HI 96720

Robert Freitas
c/o Charlotte Hamada
1582 Kaunala Way
Hilo, HI 96720

Tiana Fretias
15-1621 23rd Ave
Keaau, HI 96749

April Gae Gaces
16-784 Kaluha Place
Keaau, HI 96749

Deanna Ganigan
134 Desha Avenue
Hilo, HI 96720

Marlene Gapusan
680 A Lama St
Hilo, HI 96720

Angel Genobaga
c/o Cindya Malakaua
1582 Kaunala Way
Hilo, HI 96720

Kimberly Gonsalves-Higa
1216 Honua Street
Hilo, HI 96720

Jayte Gonzales-Albez
1352 Kaumana Drive
Hilo, HI 96720

James Gwaltney
563 Kaumana Drive
Hilo, HI 96720

Tracie Hamilton
224 Kaumana Drive
Hilo, HI 96720

Hawaii Electric Light Company
P.O. Box 29570
Honolulu, HI 96820-1970

Hawaii Employers' Mutual Insurance Co.
PO BOX 29050
Honolulu, HI 96820-1450

Hawaii Gas
P.O. Box 29850
Honolulu, HI 96820-2250

Hawaii Hospital Education & Research Fdn
707 Richards Street, PH2
Honolulu, HI 96813

Hawaii Medical Service Association
818 Keeaumoku Street
Honolulu, HI 96814

Healthcare Association of Hawaii
707 Richards Street, PH2
Honolulu, HI 96813

Linda Hellesen
563 Kaumana Drive
Hilo, HI 96720

George Henas
c/o Carrie Henas
P.O. Box 1419
Kailua Kona, HI 96745

Hilo Medical Center
1190 Wainanuenue Ave
Hilo, HI 96720-2094

Hilo Products, Inc.
41 Makaala Street
Hilo, HI 96720

Hilo SNF, LLC
45-181 Waikalua Road
Kaneohe, HI 96744

Dominic Hiro
263 Lama Street
Hilo, HI 96720

Winne Hisaiah
430 W Kawili Street
Hilo, HI 96720

HMAA
C/O PSH Ins., 737 Bishop St 12th Fl.
Honolulu, HI 96813

Kimberly Hodson
HCR 1 BOX 5212
Keaau, HI 96749

Dennis Hokama
516 Awela St
Hilo, HI 96720

Hospice of Hilo
1011 Waianuenue Avenue
Hilo, HI 96720-2019

Emma Ruth Igloria
P O Box 972
Keaau, HI 96749

Jolan Iwata
Hcr 3 Box 14023
Keaau, HI 96749

Cristina Jackson
16-2066 Ohia Drive
Pahoa, HI 96778

Drena Jessop
25?2575 Nolemana Street
Hilo, HI 96720

Eleisha Johnson
16-2084 Uau 5 Rd.
Mountain View, HI 96771

Matthew Johnston
30 Waihau Lane
Hilo, HI 96720

Kathy Kaaumoana
P O Box 1668
Keaau, HI 96749

Kekai Kahakua
151 Pilipa'a St
Hilo, HI 96720

Ngaire Kahakua
128 Waenakonu Street
Hilo, HI 96720

Loran Kahalehili
12A Melani St.
Hilo, HI 96720

Lepekakukunaokala Kalani
PO Box 831115
Pepeekeo, HI 96783

Maryjane Kalani
c/o Marilyn Nasciemento
RR3 Box 1387
Pahoa, HI 96778

Celene Kalima
1135 Waialeale Pl
Hilo, HI 96720

Azrie Kama
335 A Iwalani St.
Hilo, HI 96720

Janelle Kamahele
22 West Kawailani Street
Hilo, HI 96720

Barrilyn Kamalii
334 Luhau Place
Hilo, HI 96720

Charlene Kamekona
563 Kaumana Drive
Hilo, HI 96720

Ashlyn Kaneshiro
15-1670 21 St.
keaau, HI 96749

Harry Kansaku
c/o Iris Kansaku
P.O. Box 106
Papaikou, HI 96781

Sarah Kanui
537 E Kahaopea St
Hilo, HI 96720

Ana Katoa
52 E Ohea St
Hilo, HI 96720

Kobayashi, Sugita & Goda, LLP
999 Bishop Street #2600
Honolulu, HI 96813-4430

Loreta Labicani
c/o Pauline Peralta
4114 Cheeney Street
Santa Clara, CA 95054

Lito Lagundi
11A Aikane Road
Hilo, HI 96720

Caylee Ledesma
230 Kapiolani St.
Hilo, HI 96720

Janice Lee
263 Lama Street
Hilo, HI 96720

Jarom Lee
P.O. Box 461
Kurtistown, HI 96760

Jovy Lee
1505 Railroad Avenue
Hilo, HI 96720

Francene Leong
16-2036 37th Avenue
Keaau, HI 96749

Bessie Letson
3505 Kinoole Street
Hilo, HI 96720

Debe Libed
2354 A Kinoole Street
Hilo, HI 96720

LitEcon LLP
10 W Broadway #203
Long Beach, CA 90802

Jo-An Lo
P O Box 10203
Hilo, HI 96721

David Low
c/o Andrea Low
P.O. Box 3793
Stateline, NV 89449

Susanne Lyle
PO Box 180324
Hawaii National Park, HI 96718

Kapua Mahi-Iokia
121 Pakalana Street
Hilo, HI 96720

Kailee Malapitan
337 Uilani St., Apt. 103
Hilo, HI 96720

Earl Maltezo
790 Kaumana Drive
Hilo, HI 96720

Jordyn Mansinon
302 King Ave.
Apt. 104
Hilo, HI 96720

Thelma Martin
c/o Yolanda Keehne
69 Uhaloa Place
Hilo, HI 96720

Teruko Matsunaga
c/o Carl Matsunaga
1583 Lei Lehua Street
Hilo, HI 96720

Kawaiola Medallia
466 Hinano St. Apt. 104
Hilo, HI 96721

MEDLINE INDUSTRIES INC
P.O. Box 121080, Dept 1080
Dallas, TX 75312

James Medonza
P O Box 492701
Keaau, HI 96749

Evan Mee Lee
740 Wainaku Street
Hilo, HI 96720

Melissa Fuka, Hilo Off. of Pub. Guardian
777 Kilauea Avenue
Hilo, HI 96720

Maria Mena
16-1515 Uau Rd.
Mountain View, HI 96771

Erlinda Mendoza
16-2064 Hapuu Dr
Pahoa, HI 96778

Eufemia Mendoza
16-2064 Hapuu Dr
Pahoa, HI 96778

Matthew Miguel
322 Kukuau St
Hilo, HI 96720

Miller, Nash Graham & Dunn
3400 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

Kathleen Milliken
P O Box 1127
Hilo, HI 96720

Ludivina Molina
Hcr 2 Box 6063
Keaau, HI 96749

Melanie Molinero
114 Pilipa'a St.
Hilo, HI 96720

Fumiko Monkawa
c/o Ann Cristobal
866 Komomala Drive
Hilo, HI 96720

Jackielyn Moreno
P. O. Box 1322
Keaau, HI 96749

MTX of Southwest Florida, Inc.
P. O. Box 48426, Suite 227
Tampa, FL 33647

Rodolfo Murillo Gonzalez
PO Box 9
Ninole, HI 96773

Alma Nabarro
c/o Nona Sasahara
129 Krauss Avenue
Hilo, HI 96720

Teisha Nacis
1656 Nohoana St.
Hilo, HI 96720

Abraham Narvaez
10 Ala Oli St.
Hilo, HI 96720

National Datacare Corporation
14155 Newbrook Drive #200
Chantilly, VA 20151

Frank Nobriga
563 Kaumana Drive
Hilo, HI 96720

Nichole Nobriga
10 Ala Oli St.
Hilo, HI 96720

Noridian Healthcare Solutions LLC
Noridian JDDME
PO Box 6727
Fargo, ND 58108-6727

North Hawaii Community Hospital
67-1125 Mamalahoa Hwy
Kamuela, HI 96743

Johnalyn Nosaka
c/o Ted H.S. Hong
P.O. Box 4217
Hilo, HI 96720

Oahu Publications
P. O. Box 31000
Honolulu, HI 96849-5027

Maria Ochoa Smith
P. O. Box 1117
Kurtistown, HI 96760

Robert Oest
563 Kaumana Drive
Hilo, HI 96720

John Oharra
563 Kaumana Drive
Hilo, HI 96720

Joyce Oli
27-102 Lali Street
Hilo, HI 96720

Charles Oliver
563 Kaumana Drive
Hilo, HI 96720

On Shift
P.O. Box 207856
Dallas, TX 75320-7856

Danny Ortega
346 Kauila Street
Pepeekeo, HI 96783

Carl Osaki, Esq.
225 Queen Street #17H
Honolulu, HI 96813

Pacific Guardian Life
1440 Kapiolani Blvd., Suite 1700
Honolulu, HI 96814

Pacific Office Automation
14747 NW Greenbrier Pkwy
Beaverton, OR 97006

Edna Palacol
PO Box 141
Papaikou, HI 96781

Susan Pasion
523 W Kawailani St
Hilo, HI 96720

Michael Patterson
563 Kaumana Drive
Hilo, HI 96720

Florielee Paz
P.O. Box 492837
Keaau, HI 96749

Anabel Pidong
P O Box 492878
Keaau, HI 96749

Sara Pinc
346 Kauila St
Hilo, HI 96720

Natividad Pinzon
c/o Edward Pinzon
15-1721 Keaau Pahoa Hwy
Keaau, HI 96749

Pitney Bowes Global Financial Services
P. O. Box 371874
Pittsburgh, PA 15250

PointClickCare Technologies, Inc.
5570 Explorer Drive
Missisauga, Ontario
CANADA L4W0C4

Stephanie Popadic
297 Kulana St
Hilo, HI 96720

Premium Incorporated
2644 Waiwai Loop
Honolulu, HI 96819

R. Pumphrey and Associates
3637 Medina Road
Suite 95LL
Medina, OH 44256

Charlotte Rawlins
PO Box 1266
Mountain View, HI 96771

REGENCY VENTURE FUND, LLLP
2131 Palomar Airport Road, Suite 218
Carlsbad, CA 92011

Registered Agent Solutions, Inc.
1701 Directors Blvd., Suite 300
Austin, TX 78744

Karly Requelman
2504 Palai Hili Street
Hilo, HI 96720

Margarite Ringer
563 Kaumana Drive
Hilo, HI 96720

Tracy Rodrigues
322 Kukuau St.
Hilo, HI 96720

Sean Rose
13?3432 Makamae Street
Pahoa, HI 96778

Frances Ross
PO Box 262
Honomu, HI 96728

Joy Ross
P.O. Box 606
Kurtistown, HI 96760

Mary Ross
28-1708 Old Mamalahoa HWY
Honomu, HI 96728

Chelsie Saiho
PO Box 5855
Hilo, HI 96720

Taylor Salgado-Ganzagan
Hilo, HI 96720

Randy Saluda
840 Iolani Street
Hilo, HI 96720

Nestor Saludares
392 Kaiwiki Road
Hilo, HI 96720

Thalene Santiagao
335 Keonaona St
Hilo, HI 96720

Karen Sawyer
P. O. Box 5692
Hilo, HI 96720

Harold Seales
P O Box 1651
Keaau, HI 96749

Marie Searle
c/o Joseph Martinez
P.O. Box 10977
Hilo, HI 96720

SECLOUD LLC
7720 NE Why 99, Ste D177
Vancouver, WA 98665

SECURUS SYSTEMS INC
P. O. Box 822772
Vancouver, WA 98682-0059

Tammy Silva
2506 Nohona Street
Hilo, HI 96720

Silversage Management Services, PLLC
P.O. Box 25523
Chattanooga, TN 37422

SilverSage Physician Services of Hawaii
P.O. Box 25523
Chattanooga, TN 37422

Eden Sinco
27-343 Government Road
Papaikou, HI 96781

Charlene Soriano
563 Kaumana Drive
Hilo, HI 96720

Delton Souza
16-2469 Ainaola Drive
Pahoa, HI 96778

Spectrum 8109 10 200 0315306
P.O. Box 60074
City of Industry, CA 91716-0074

Spectrum Business 083720201
P.O. Box 60074
City of Industry, CA 91716-0074

Spectrum Business Acct#8109102000297017
P.O. Box 60074
City of Industry, CA 91716-0074

Spectrum Business Acct#8109102000314309
P.O. Box 60074
City of Industry, CA 91716-0074

STAPLES BUSINESS ADVANTAGE
P.O. Box 105638
Atlanta, GA 30348-5638

State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

State of Hawaii, Dept of Human Svcs
P.O. Box 339
Honolulu, HI 96809-0339

State of Hawaii, DLIR, Unemployment Ins
830 Punchbowl St. Rm 437
Honolulu, HI 96813

Michael Stevens
250 Kaiulani Street
Apt. 204
Hilo, HI 96720

Suisan Co. Ltd.
P.O. Box 366
Hilo, HI 96721-0366

Sadako Suzuki
c/o Susan Matsuda
41 Makaala St.
Hilo, HI 96720

SYSCO CORPORATION
P. O. Box 855
Honolulu, HI 96808

SYSCO Hawaii
P.O. Box 855
Honolulu, HI 96808

Marciel Tagalicud
P O Box 1845
Pahoa, HI 96778

Aki Takeguchi
c/o Sidney Takeguchi
789 Edena Street
Hilo, HI 96720

Franzes Lyka Talon
#12 Iwasaki Camp
Keaau, HI 96749

Melissa Tasaki(nka Melissa AdamsOsorio)
242 Kapiolani St.
Hilo, HI 96720

Justin Texeira
112 Haile Street Apt 204
Unit 9A
Hilo, HI 96720

TIAA Bank
P.O. Box 911608
Denver, CO 80291-1608

Kaye Karren Topenio
PO Box 870
Volcano, HI 96785

Elise Trumble
P O Box 1755
Hilo, HI 96721

TTMM ENTERPRISES
8022 S Rainbow Blvd #207
Las Vegas, NV 89139

Diane Uchima
563 Kaumana Drive
Hilo, HI 96720

UnitedHealthcare Insurance Company
1132 Bishop Street, Suite 400
Honolulu, HI 96813

University Health Alliance
P.O. Box 29590
Honolulu, HI 96820-1990

Kiani Urbano-Pepe'e
1237 komohana St.
Hilo, HI 96720

Theodor Van Gelder
c/o Melissa Fuka
777 Kilauea Avenue
Hilo, HI 96720

Claude Vedel
563 Kaumana Drive
Hilo, HI 96720

Victus Management
2131 Palomar Airport Road, Suite 218
Carlsbad, CA 92011

Noland Villasista
P O Box 25
Apt 501
Honomu, HI 96728

WellCare Health Ins. of AZ
dba Ohana Health Plan Inc.
8735 Henderson Road
Tampa, FL 33634

Aliyah Wery
1352 Kaumana Dr.
Hilo, HI 96720

Lena Woodruff
P.O. Box 2293
Pahoa, HI 96778

XYNERGY Healthcare Capital II LLC
2650 N Military Trail, Suite 420
Boca Raton, FL 33431

Charlene Yamasaki
1475 Kikaha Street
Hilo, HI 96720

Mark Yaplag
135 Alani St
Hilo, HI 96720

Neander Ybanez
338 Ainaola Dr
Hilo, HI 96720

Kanani Yockman
483 Keonaona St.
Hilo, HI 96720