Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

MICHAEL A. YOSHIDA        2559-0
may@hawaiilawyer.com
ROSS UEHARA-TILTON        10743-0
rut@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Phone: (808) 531-8031 | Fax: (808) 533-2242

Attorneys for Creditor
PHARMACY CORPORATION OF AMERICA
d/b/a PHARMERICA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>KAUMANA DRIVE PARTNERS, LLC<br><br>　　　　　Debtor. | Case No. 19-01266<br>(Chapter 11)<br><br>**MOTION FOR ALLOWANCE AND INTERIM PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA; DECLARATION OF MICHAEL RODRIGUEZ; EXHIBITS "A" – "B"** |

**MOTION FOR ALLOWANCE AND INTERIM
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF
PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA**

513279_2

Creditor PHARMACY CORPORATION OF AMERICA d/b/a PHARMERICA ("PharMerica"), by and through its undersigned counsel, hereby moves for entry of an order allowing interim payment of its administrative expense claim for the provision of pharmacy-related goods and services to Debtor KAUMANA DRIVE PARTNERS, LLC ("Debtor"), as follows:

1. This Motion is brought pursuant to Sections 503(a) and (b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 9013, and Local Bankruptcy Rules 3001-2 and 9013-1(c).

2. On October 6, 2019 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334(a). This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (B). Venue is proper in this district pursuant to 28 U.S.C. § 1409.

4. PharMerica provides pharmacy-related goods and services to residents of long-term care and skilled nursing facilities. Declaration of Michael Rodriguez ("Decl.") ¶ 3.[1] In the regular and ordinary course of their respective

---

[1] The attached Declaration of Michael Rodriguez was signed electronically by Mr. Rodriguez. PharMerica will file a copy of Mr. Rodriguez' original signature to the Declaration upon receipt of the same from Mr. Rodriguez.

businesses prior to and after the Petition Date, Debtor ordered, and PharMerica sold and provided to Debtor, pharmacy-related goods and services. *Id.* ¶ 4

5. In the 20 days preceding the Petition Date, PharMerica sold to the Debtor, and the Debtor actually received, various pharmaceutical goods and supplies (the "Goods") having an aggregate value of $25,177.08, as identified in PharMerica's claim and as shown on Exhibit A hereto (invoice summary). Decl. ¶¶ 5–8, 13–14. PharMerica has not received payment for the Goods. The total pre-petition balance owned to PharMerica as of the Petition Date was $36,902.69, including the $25,177.08 balance for Goods provided within the 20-day administrative claim period. *Id.* ¶¶ 13–14.

6. PharMerica timely filed its claim in Debtor's case, being designated as Claim No. 21 (the "Claim"). PharMerica's Claim included the assertion of a claim for administrative expenses pursuant to Section 503(b)(9) of the Bankruptcy Code.

7. The Claim's form and content are substantially in conformity to the appropriate Official Form.

8. The Claim is based on the Pharmacy Services Agreement between Debtor and PharMerica, a partially redacted copy of which was attached to the Claim.

-3-

9. Thus, the Claim was filed in compliance with Bankruptcy Rule 3001(a) and as such constitutes prima facie evidence of the validity and amount of the Claim.

10. PharMerica continues to provide goods and services post-petition to Debtor and/or its successors in the ordinary course of the Debtor's business, and reserves all rights in connection with all other claims it may hold, including without limitation, pre-petition claims not within the 20-day administrative claim period and post-petition claims in the ordinary course of the Debtor's business. *See* Decl. ¶ 15.

11. By this Motion, PharMerica requests that the Court enter an order allowing payment of its pre-petition claim as an administrative expense pursuant to Sections 503(a) and (b) of the Bankruptcy Code, in the amount of $25,177.08, against the Debtor as stated herein.

WHEREFORE, PharMerica requests that the Court enter an order, substantially in the form attached hereto as Exhibit "B," for the allowance and interim payment of PharMerica's Claim as set forth above, and for such other and further relief as may be just and proper.

[Signature on following page]

Dated: Honolulu, Hawaii, June 29, 2020

    DAMON KEY LEONG KUPCHAK HASTERT

    */s/ Ross Uehara-Tilton*
    _____
    MICHAEL A. YOSHIDA
    ROSS UEHARA-TILTON

    Attorneys for Creditor
    PHARMACY CORPORATION OF AMERICA
    d/b/a PHARMERICA

U.S. Bankruptcy Court - Hawaii   #19-01266   Dkt # 262   Filed  06/29/20   Page 5 of 15

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>KAUMANA DRIVE PARTNERS, LLC<br><br>Debtor. | Case No. 19-01266<br>(Chapter 11)<br><br>**DECLARATION OF MICHAEL RODRIGUEZ** |

**DECLARATION OF MICHAEL RODRIGUEZ**

I, MICHAEL RODRIGUEZ, declare and state as follows:

1. I am the Director of Collections – Client Billing Services of PHARMACY CORPORATION OF AMERICA d/b/a PHARMERICA ("PharMerica"), a Creditor in the above-captioned bankruptcy case.

2. In such capacity, I am a custodian who has access to the business records of PharMerica, including its invoices and other billing information and data.

3. PharMerica provides pharmacy-related goods and services to residents of long-term care and skilled nursing facilities.

4. In the regular and ordinary course of their respective businesses prior to and after October 5, 2019, Debtor ordered, and PharMerica sold and

provided to Debtor KAUMANA DRIVE PARTNERS LLC ("Debtor"), pharmacy-related goods and services.

5. The first page of Exhibit A attached to this Declaration is a summary of the outstanding balance owed to PharMerica by the Debtor for goods and services provided to or on behalf of the Debtor between September 16, 2019 and October 5, 2019.

6. The summary was prepared using the underlying data in PharMerica's accounting system and records.

7. Pages two through five of Exhibit A attached to this Declaration contain a partially-redacted listing of goods and services provided to or on behalf of the Debtor between September 16, 2019 and October 5, 2019.

8. The list was prepared using the underlying data in PharMerica's accounting system and records.

9. The redactions to Exhibit A conceal protected health information of Debtor's patients, including their names and prescription numbers.

10. PharMerica maintains the records and data referenced in this Declaration and depicted in Exhibit A in the ordinary course of PharMerica's business.

11. The data is entered into PharMerica's system by PharMerica's employees and other authorized representatives in the ordinary course of

PharMerica's business to accurately and completely record all sales and billing information, at or reasonably near the time that a given transaction occurs.

12. As a custodian of records of PharMerica, I am authorized to retrieve and disseminate the data contained in PharMerica's business records for use in bankruptcy cases, such as the present case.

13. On the basis of Exhibit A and the business records created and maintained by PharMerica, the outstanding balance owed to PharMerica by the Debtor as of October 6, 2019, was $36,902.69.

14. Of the foregoing sum, Debtor incurred $25,177.08 in charges for goods and services provided by PharMerica between September 16, 2019 and October 5, 2019, i.e., the 20 days preceding the date that Debtor filed its bankruptcy petition.

15. PharMerica continued to provide goods and services to the Debtor after October 5, 2019, and may have additional claims for payment for such goods and services.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

DATED: Berthoud, Colorado, June 29, 2020.

                                        *Michael Rodriguez*
                                      MICHAEL RODRIGUEZ

**Kaumana Drive Partners, LLC d/b/a Legacy Hilo Rehabilitation & Nursing Center**

**Billings (Invoiced)**
**9/16/19 thru 10/5/19**

Petition File Date        10/6/2019
503(b)(9) Claim Amounts

| | |
|---|---|
| 9/16/19 - 10/5/19 | $25,177.08 |
| **Totals** | **$25,177.08** |

**EXHIBIT A**

| Facility Name | Facility | Date of Service | Product Category/ Sales Type | Trans Desc | Quantity | Trans Amt | NDC_NBR | Days Supply | Due Date | Inv Date |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGACY HILO REHAB & NURSING | 027 | 10/04/2019 | DRUGS RX/LEGEND | LEVEMIR 100 UNIT/ML VIAL | 10 | $314.52 | 00169-3687 | 42 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/04/2019 | DRUGS RX/LEGEND | OXYCODONE HCL 5 MG TABLET | 30 | $12.06 | 00406-0552 | 4 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | LOSARTAN POTASSIUM 100 MG TAB | 14 | $21.48 | 65862-0203 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | JANUVIA 100 MG TABLET | 14 | $216.94 | 00006-0277 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 14 | $10.37 | 00054-4299 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS OTC CHARGEABLE | GNP VITAMIN D3 5,000 UNIT TAB | 14 | $3.99 | 87701-0407 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | SIMVASTATIN 10 MG TABLET | 14 | $20.20 | 68180-0478 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | DICLOFENAC SODIUM 1% GEL | 100 | $44.84 | 49884-0935 | 6 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | MECLIZINE 25 MG TABLET | 28 | $10.37 | 59746-0121 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/01/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 42 | $13.42 | 00054-4299 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/01/2019 | DRUGS RX/LEGEND | HYDROCODONE-ACETAMIN 5-325 MG | 30 | $13.64 | 00406-0123 | 15 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | PANTOPRAZOLE SOD DR 40 MG TAB | 14 | $32.19 | 65862-0560 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | IV PRODUCTS RX/LEGEND | 2000MG CEFTRIAXONE/SODIUM CHLO | 5 | $687.73 | 60505-6149 | 5 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | ATORVASTATIN 80 MG TABLET | 14 | $34.67 | 60505-2671 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/01/2019 | DRUGS RX/LEGEND | TRAZODONE 50 MG TABLET | 14 | $10.49 | 50111-0433 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/02/2019 | DRUGS RX/LEGEND | OXCARBAZEPINE 300 MG TABLET | 28 | $31.96 | 68462-0138 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS OTC CHARGEABLE | RENA-VITE TABLET | 14 | $4.16 | 60258-0160 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | DIVALPROEX SOD DR 250 MG TAB | 28 | $23.46 | 57237-0047 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/04/2019 | DRUGS RX/LEGEND | LEVOTHYROXINE 50 MCG TABLET | 14 | $10.37 | 69238-1831 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS OTC CHARGEABLE | BOOST BREEZE LIQUID | 6399 | $25.14 | 43900-0186 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS OTC CHARGEABLE | BOOST PLUS ENERGY DRINK | 6399 | $23.98 | 43900-0933 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS OTC CHARGEABLE | NEPRO W/CARB STDY INP LIQ | 5760 | $965.03 | 70074-0647 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS OTC CHARGEABLE | NEPRO W/CARB STDY LIQ | 5688 | $56.74 | 70074-0648 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | HYDRALAZINE 10 MG TABLET | 42 | $12.42 | 31722-0519 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | ISOSORBIDE DINITRATE 10 MG TAB | 28 | $17.00 | 00781-1556 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | FEBUXOSTAT 40 MG TABLET | 14 | $137.29 | 47335-0721 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | COLCHICINE 0.6 MG TABLET | 14 | $84.97 | 00254-2008 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS RX/LEGEND | GABAPENTIN 300 MG CAPSULE | 14 | $12.96 | 65162-0102 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/01/2019 | DRUGS RX/LEGEND | LACTULOSE 10 GM/15 ML SOLUTION | 60 | $10.37 | 00121-0577 | 4 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/01/2019 | DRUGS RX/LEGEND | HYDROCODONE-ACETAMIN 5-325 MG | 30 | $13.64 | 00406-0123 | 8 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/26/2019 | IV PRODUCTS RX/LEGEND | IV HYDRATION | 2 | $30.00 | 99999-9009 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | IV PRODUCTS RX/LEGEND | IV HYDRATION | 2 | $30.00 | 99999-9009 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/03/2019 | DRUGS OTC CHARGEABLE | SODIUM BICARB 10 GRAIN TABLET | 28 | $3.99 | 64980-0294 | 14 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 10/04/2019 | DRUGS RX/LEGEND | SODIUM POLYSTYRENE SULF POWDER | 15 | $11.11 | 10702-0036 | 1 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/29/2019 | DRUGS RX/LEGEND | CR FOLIC ACID 1 MG TA | 14 | ($10.37) | 69315-0127 | 0 | 12/30/2019 | 10/31/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | FUROSEMIDE 20 MG TABLET | 14 | $10.37 | 00054-4297 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/19/2019 | DRUGS RX/LEGEND | IPRAT-ALBUT 0.5-3(2.5) MG/3 ML | 90 | $29.56 | 00487-0201 | 5 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/20/2019 | IV PRODUCTS RX/LEGEND | 4500MG PIPERACILLIN/TAZO/SODIU | 12 | $511.95 | 55150-0121 | 3 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/21/2019 | DRUGS RX/LEGEND | LISINOPRIL 10 MG TABLET | 14 | $11.20 | 68180-0980 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/21/2019 | DRUGS RX/LEGEND | QUETIAPINE FUMARATE 200 MG TAB | 28 | $133.24 | 67877-0246 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/22/2019 | DRUGS RX/LEGEND | DULOXETINE HCL DR 60 MG CAP | 28 | $83.33 | 27241-0099 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/22/2019 | DRUGS RX/LEGEND | GABAPENTIN 800 MG TABLET | 42 | $50.98 | 68462-0127 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | DRUGS RX/LEGEND | FUROSEMIDE 20 MG TABLET | 14 | $10.37 | 00054-4297 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | IV PRODUCTS RX/LEGEND | 4500MG PIPERACILLIN/TAZO/SODIU | 8 | $341.30 | 55150-0121 | 2 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS RX/LEGEND | FAMOTIDINE 40 MG TABLET | 14 | $29.32 | 00172-5729 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | IV PRODUCTS RX/LEGEND | 4500MG PIPERACILLIN/TAZO/SODIU | 8 | $341.30 | 55150-0121 | 2 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/25/2019 | IV PRODUCTS RX/LEGEND | 1500MG VANCOMYCIN HCL/Minibag | 4 | $146.27 | 63323-0203 | 2 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/26/2019 | IV PRODUCTS RX/LEGEND | 1500MG VANCOMYCIN HCL/Minibag | 6 | $219.41 | 63323-0203 | 3 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/27/2019 | DRUGS RX/LEGEND | LISINOPRIL 10 MG TABLET | 14 | $11.20 | 68180-0980 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/28/2019 | IV PRODUCTS RX/LEGEND | 4500MG PIPERACILLIN/TAZO/SODIU | 2 | $110.33 | 55150-0121 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | GABAPENTIN 800 MG TABLET | 42 | $50.98 | 68462-0127 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | PREGABALIN 100 MG CAPSULE | 45 | $146.49 | 00093-7625 | 15 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | OXYCODONE HCL 5 MG TABLET | 40 | $13.95 | 00406-0552 | 5 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | METRONIDAZOLE 500 MG TABLET | 21 | $11.46 | 50111-0334 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | LEVEMIR 100 UNIT/ML VIAL | 10 | $314.52 | 00169-3687 | 42 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | METOPROLOL TARTRATE 25 MG TAB | 28 | $10.37 | 00378-0018 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS OTC CHARGEABLE | VITAMIN D3 5,000 UNIT CAPSULE | 14 | $4.16 | 00904-5986 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | ESCITALOPRAM 10 MG TABLET | 14 | $29.48 | 65862-0374 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 14 | $10.37 | 00054-4299 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | HUMALOG 100 UNIT/ML VIAL | 10 | $281.08 | 00002-7510 | 28 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | LIDOCAINE 5%(700MG) PAT | 14 | $52.24 | 00591-3525 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/19/2019 | DRUGS RX/LEGEND | FENTANYL 12 MCG/HR PATCH | 10 | $77.44 | 00406-9012 | 30 | 11/29/2019 | 09/30/2019 |

| Facility | Acct | Date | Category | Description | Qty | Price | NDC | Ref | Date1 | Date2 |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGACY HILO REHAB & NURSING | 027 | 09/20/2019 | DRUGS RX/LEGEND | OXYCODONE HCL 5 MG TABLET | 30 | $12.06 | 00406-0552 | 4 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | DRUGS RX/LEGEND | ESCITALOPRAM 10 MG TABLET | 14 | $29.48 | 65862-0374 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS OTC CHARGEABLE | VITAMIN D3 5,000 UNIT CAPSULE | 14 | $4.16 | 00904-5986 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/27/2019 | DRUGS RX/LEGEND | METOPROLOL TARTRATE 25 MG TAB | 28 | $10.37 | 00378-0018 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/27/2019 | DRUGS RX/LEGEND | LIDOCAINE 5%(700MG) PAT | 14 | $52.24 | 00591-3525 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/27/2019 | DRUGS RX/LEGEND | OXYCODONE HCL 5 MG TABLET | 50 | $15.85 | 00406-0552 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/27/2019 | DRUGS OTC CHARGEABLE | FERROUS SULFATE 325 MG TABLET | 14 | $3.99 | 00904-7590 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/28/2019 | DRUGS RX/LEGEND | HUMALOG 100 UNIT/ML VIAL | 10 | $281.08 | 00002-7510 | 28 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/29/2019 | DRUGS RX/LEGEND | PREGABALIN 100 MG CAPSULE | 45 | $146.49 | 00093-7625 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | JANUVIA 100 MG TABLET | 14 | $216.94 | 00006-0277 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | SPIRONOLACTONE 50 MG TABLET | 14 | $10.37 | 53489-0328 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 14 | $10.37 | 00054-4299 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | METHIMAZOLE 10 MG TABLET | 84 | $28.96 | 23155-0071 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS OTC CHARGEABLE | GNP VITAMIN D3 5,000 UNIT TAB | 14 | $3.99 | 87701-0407 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS OTC CHARGEABLE | NB FISH OIL 1200 MG SOFTGEL | 14 | $3.99 | 74312-0131 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | SIMVASTATIN 10 MG TABLET | 14 | $20.20 | 68180-0478 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | FLUTICASONE PROP 50 MCG SPRAY | 16 | $32.72 | 00054-3270 | 30 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | PROAIR HFA 90 MCG INHALER | 8.5 | $71.31 | 59310-0579 | 17 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/19/2019 | DRUGS RX/LEGEND | DICLOFENAC SODIUM 1% GEL | 100 | $44.84 | 49884-0935 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | DRUGS RX/LEGEND | TERAZOSIN 1 MG CAPSULE | 28 | $22.11 | 59746-0383 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | DRUGS RX/LEGEND | DILTIAZEM 120 MG TABLET | 30 | $36.67 | 00093-0321 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | DRUGS RX/LEGEND | BUSPIRONE HCL 7.5 MG TABLET | 28 | $21.87 | 64380-0787 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS RX/LEGEND | SPIRONOLACTONE 50 MG TABLET | 14 | $10.37 | 53489-0328 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS RX/LEGEND | METHIMAZOLE 10 MG TABLET | 84 | $28.96 | 23155-0071 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS OTC CHARGEABLE | TUMERIC CURCUMIN CAP | 42 | $9.40 | 31604-0275 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/26/2019 | DRUGS RX/LEGEND | DICLOFENAC SODIUM 1% GEL | 100 | $44.84 | 49884-0935 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/28/2019 | DRUGS RX/LEGEND | ELIQUIS 5 MG TABLET | 28 | $213.66 | 00003-0894 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/28/2019 | DRUGS RX/LEGEND | DILTIAZEM 24H ER(CD) 240 MG CP | 14 | $14.18 | 68682-0997 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/29/2019 | DRUGS RX/LEGEND | ANORO ELLIPTA 62.5-25 MCG INH | 28 | $203.28 | 00173-0869 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/29/2019 | DRUGS OTC CHARGEABLE | NB FISH OIL 1200 MG SOFTGEL | 14 | $3.99 | 74312-0131 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/29/2019 | DRUGS RX/LEGEND | BUSPIRONE HCL 7.5 MG TABLET | 28 | $21.87 | 64380-0787 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | TRAMADOL HCL 50 MG TABLET | 30 | $15.13 | 65162-0627 | 30 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | HEPARIN SOD 5,000 UNIT/ML VIAL | 28 | $36.96 | 67457-0374 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | VITAMIN D2 1.25MG(50,000 UNIT) | 2 | $10.37 | 69452-0151 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | FOLIC ACID 1 MG TABLET | 14 | $10.37 | 69315-0127 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | LOSARTAN POTASSIUM 50 MG TAB | 14 | $17.47 | 68180-0377 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | PANTOPRAZOLE SOD DR 40 MG TAB | 14 | $32.19 | 65862-0560 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | CARBAMAZEPINE 200 MG TABLET | 28 | $22.05 | 51672-4005 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | METOPROLOL SUCC ER 25 MG TAB | 14 | $12.65 | 50742-0615 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | TAMSULOSIN HCL 0.4 MG CAPSULE | 14 | $27.03 | 68382-0132 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | PREGABALIN 75 MG CAPSULE | 30 | $99.78 | 00093-7624 | 15 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | DRUGS RX/LEGEND | CLOPIDOGREL BISULFATE 75 MG TA | 14 | $40.49 | 55111-0196 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/16/2019 | IV PRODUCTS RX/LEGEND | 2000MG CEFTRIAXONE/SODIUM CHLO | 5 | $687.73 | 60505-6149 | 5 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/17/2019 | DRUGS RX/LEGEND | ATORVASTATIN 80 MG TABLET | 14 | $34.67 | 60505-2671 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/18/2019 | DRUGS RX/LEGEND | PANTOPRAZOLE SOD DR 40 MG TAB | 14 | $32.19 | 65862-0560 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/18/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 1 | $10.37 | 00054-4299 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/18/2019 | DRUGS RX/LEGEND | POTASSIUM CL 20 MEQ PACKET | 56 | $216.88 | 69238-1617 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/19/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 42 | $13.42 | 00054-4299 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/19/2019 | IV PRODUCTS RX/LEGEND | 2000MG CEFTRIAXONE/SODIUM CHLO | 5 | $687.73 | 60505-6149 | 5 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/20/2019 | DRUGS RX/LEGEND | SANTYL OINTMENT | 30 | $243.38 | 50484-0010 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/22/2019 | DRUGS RX/LEGEND | METOPROLOL SUCC ER 25 MG TAB | 14 | $12.65 | 50742-0615 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/23/2019 | DRUGS RX/LEGEND | METOLAZONE 5 MG TABLET | 6 | $11.33 | 00185-0055 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS RX/LEGEND | NASONEX 50 MCG NASAL SPRAY | 17 | $257.81 | 00085-1288 | 30 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS RX/LEGEND | POTASSIUM CL 20 MEQ PACKET | 56 | $216.88 | 69238-1617 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/24/2019 | DRUGS RX/LEGEND | PREGABALIN 75 MG CAPSULE | 30 | $99.78 | 00093-7624 | 15 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/25/2019 | DRUGS RX/LEGEND | FUROSEMIDE 40 MG TABLET | 42 | $13.42 | 00054-4299 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/25/2019 | IV PRODUCTS RX/LEGEND | 2000MG CEFTRIAXONE/SODIUM CHLO | 5 | $687.73 | 60505-6149 | 5 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/26/2019 | DRUGS RX/LEGEND | IPRAT-ALBUT 0.5-3(2.5) MG/3 ML | 63 | $22.61 | 00487-0201 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/26/2019 | DRUGS RX/LEGEND | COLCHICINE 0.6 MG TABLET | 10 | $62.52 | 00254-2008 | 7 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | METOPROLOL SUCC ER 25 MG TAB | 14 | $12.65 | 50742-0615 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS OTC CHARGEABLE | NICOTINE 21 MG/24HR PATCH | 14 | $28.79 | 00536-5896 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | SYMBICORT 160-4.5 MCG INHALER | 6 | $242.06 | 00186-0370 | 15 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | TAMSULOSIN HCL 0.4 MG CAPSULE | 14 | $27.03 | 68382-0132 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | 09/30/2019 | DRUGS RX/LEGEND | CLOPIDOGREL BISULFATE 75 MG TA | 14 | $40.49 | 55111-0196 | 14 | 11/29/2019 | 09/30/2019 |

| Facility | Code | | Date | Category | Item | Qty | Amount | NDC | Unit | Billed | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | LANTUS 100 UNIT/ML VIAL | 10 | $289.94 | 00088-2220 | 28 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | POTASSIUM CL 20 MEQ PACKET | 56 | $216.88 | 69238-1617 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | NOVOLOG 100 UNIT/ML VIAL | 10 | $295.74 | 00169-7501 | 30 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/16/2019 | DRUGS RX/LEGEND | AMIODARONE HCL 200 MG TABLET | 14 | $22.95 | 65862-0732 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | PANTOPRAZOLE SOD DR 40 MG TAB | 14 | $32.19 | 65862-0560 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | AMITRIPTYLINE HCL 50 MG TAB | 14 | $12.60 | 16729-0173 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | DIVALPROEX SOD DR 250 MG TAB | 28 | $23.46 | 57237-0047 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | DRUGS RX/LEGEND | TRAZODONE 50 MG TABLET | 14 | $10.49 | 50111-0433 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/20/2019 | DRUGS RX/LEGEND | GABAPENTIN 100 MG CAPSULE | 56 | $16.90 | 65162-0101 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/20/2019 | DRUGS OTC CHARGEABLE | RENA-VITE TABLET | 14 | $4.16 | 60258-0160 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/21/2019 | DRUGS RX/LEGEND | OXCARBAZEPINE 300 MG TABLET | 28 | $31.96 | 68462-0138 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/24/2019 | DRUGS RX/LEGEND | AMIODARONE HCL 200 MG TABLET | 14 | $22.95 | 65862-0732 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/24/2019 | DRUGS RX/LEGEND | ATORVASTATIN 40 MG TABLET | 14 | $34.67 | 60505-2580 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS RX/LEGEND | ONDANSETRON HCL 4 MG TABLET | 4 | $40.26 | 65862-0187 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/26/2019 | DRUGS RX/LEGEND | PREDNISOLONE AC 1% EYE DROP | 5 | $50.63 | 61314-0637 | 25 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | AMIODARONE HCL 200 MG TABLET | 14 | $22.95 | 65862-0732 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | ATORVASTATIN 40 MG TABLET | 14 | $34.67 | 60505-2580 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | ONDANSETRON HCL 4 MG TABLET | 4 | $40.26 | 65862-0187 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/20/2019 | DRUGS RX/LEGEND | FLUCELVAX QUAD 2019-2020 SYR | 115 | $5,635.00 | 70461-0319 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/20/2019 | DRUGS RX/LEGEND | LEVOTHYROXINE 50 MCG TABLET | 14 | $10.37 | 69238-1831 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/21/2019 | DRUGS RX/LEGEND | METOPROLOL TARTRATE 25 MG TAB | 7 | $10.37 | 00378-0018 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/21/2019 | DRUGS OTC CHARGEABLE | GNP VITAMIN D3 5,000 UNIT TAB | 14 | $3.99 | 87701-0407 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/21/2019 | DRUGS RX/LEGEND | JANUMET XR 50-1,000 MG TABLET | 14 | $111.66 | 00006-0080 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/21/2019 | DRUGS OTC CHARGEABLE | THEREMS-M TABLET | 14 | $3.99 | 00536-4661 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/22/2019 | DRUGS RX/LEGEND | NOVOLOG 100 UNIT/ML VIAL | 10 | $295.74 | 00169-7501 | 28 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/22/2019 | DRUGS RX/LEGEND | SIMVASTATIN 10 MG TABLET | 14 | $20.20 | 68180-0478 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/27/2019 | DRUGS OTC CHARGEABLE | GNP VITAMIN D3 5,000 UNIT TAB | 14 | $3.99 | 87701-0407 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/27/2019 | DRUGS OTC CHARGEABLE | THEREMS-M TABLET | 14 | $3.99 | 00536-4661 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/27/2019 | DRUGS RX/LEGEND | JANUVIA 50 MG TABLET | 14 | $216.94 | 00006-0112 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | DRUGS RX/LEGEND | JANUMET XR 50-1,000 MG TABLET | 14 | $111.66 | 00006-0080 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | REDACTED | 09/19/2019 | DRUGS OTC CHARGEABLE | RESOURCE BREEZE LIQUID | 19197 | $75.42 | 00212-1864 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/19/2019 | DRUGS OTC CHARGEABLE | BOOST PLUS ENERGY DRINK | 12798 | $66.69 | 41679-0931 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/19/2019 | DRUGS OTC CHARGEABLE | FIBERSOURCE HN 1.2 CAL LIQUID | 12000 | $38.59 | 43900-0185 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/19/2019 | DRUGS OTC CHARGEABLE | RESOURCE 2.0 LIQUID | 12798 | $60.76 | 43900-0180 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | BOOST BREEZE LIQUID | 12798 | $50.27 | 43900-0186 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | RESOURCE BREEZE LIQUID | 12798 | $50.27 | 00212-1864 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | BOOST BREEZE LIQUID | 12798 | $50.27 | 43900-0186 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | BOOST PLUS ENERGY DRINK | 12798 | $47.95 | 43900-0933 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | BOOST PLUS ENERGY DRINK | 6399 | $23.98 | 43900-0933 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | JUVEN PWD F/P PAC | 30 | $53.21 | 59781-0666 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | DRUGS OTC CHARGEABLE | RESOURCE 2.0 LIQUID | 12798 | $60.76 | 43900-0180 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/26/2019 | DRUGS OTC CHARGEABLE | BOOST PLUS ENERGY DRINK | 6399 | $23.98 | 43900-0932 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/26/2019 | DRUGS OTC CHARGEABLE | BOOST PLUS ENERGY DRINK | 19197 | $100.03 | 41679-0931 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/26/2019 | DRUGS OTC CHARGEABLE | JUVEN PAC | 180 | $319.23 | 59781-0666 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/22/2019 | CONSULTING SALES | CONSULTING - STANDARD SERVICES | 18232 | $190.07 | 99999-9009 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/24/2019 | CONSULTING SALES | CONSULTING - STANDARD SERVICES | 36464 | $380.14 | 99999-9009 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/23/2019 | CONSULTING SALES | CONSULTING - STANDARD SERVICES | 54696 | $570.21 | 99999-9009 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/24/2019 | CONSULTING SALES | CONSULTING - STANDARD SERVICES | 27348 | $285.10 | 99999-9009 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | CONSULTING SALES | CONSULTING-ADDITIONAL SERVICES | 23703 | $247.10 | 99999-9009 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | DRUGS OTC CHARGEABLE | SODIUM BICARB 10 GRAIN TABLET | 60 | $3.99 | 64980-0294 | 30 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/16/2019 | DRUGS RX/LEGEND | DIVALPROEX SOD ER 500 MG TAB | 28 | $46.32 | 65862-0595 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | LEVOTHYROXINE 200 MCG TABLET | 14 | $10.50 | 00781-5189 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/22/2019 | DRUGS OTC CHARGEABLE | MELATONIN 10 MG TAB | 14 | $4.16 | 47469-0059 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/23/2019 | DRUGS RX/LEGEND | PALIPERIDONE ER 3 MG TABLET | 14 | $156.13 | 47335-0765 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/23/2019 | DRUGS RX/LEGEND | PRAZOSIN 2 MG CAPSULE | 14 | $10.75 | 70954-0020 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/16/2019 | DRUGS RX/LEGEND | LACTULOSE 10 GM/15 ML SOLUTION | 60 | $10.37 | 00121-0577 | 3 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/16/2019 | DRUGS RX/LEGEND | SYMBICORT 160-4.5 MCG INHALER | 6 | $242.06 | 00186-0370 | 15 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | HYDRALAZINE 10 MG TABLET | 42 | $12.42 | 31722-0519 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | ISOSORBIDE DINITRATE 10 MG TAB | 28 | $17.00 | 00781-1556 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/17/2019 | DRUGS RX/LEGEND | COLCHICINE 0.6 MG TABLET | 14 | $84.97 | 00254-2008 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | DRUGS OTC CHARGEABLE | VITAMIN D3 2,000 UNIT SOFTGEL | 14 | $4.16 | 31604-0026 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | DRUGS OTC CHARGEABLE | VITAMIN D3 50,000 UNIT CAPSULE | 2 | $4.16 | 75834-0020 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/20/2019 | DRUGS RX/LEGEND | FEBUXOSTAT 40 MG TABLET | 14 | $137.29 | 47335-0721 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/20/2019 | DRUGS RX/LEGEND | GABAPENTIN 300 MG CAPSULE | 14 | $12.96 | 65162-0102 | 14 | 11/29/2019 | 09/30/2019 |

| Facility | Code | | Date | | Category | Drug | Qty | Price | NDC | Days | Billed | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEGACY HILO REHAB & NURSING | 027 | REDACTED | 09/21/2019 | REDACTED | DRUGS RX/LEGEND | PANTOPRAZOLE SOD DR 40 MG TAB | 14 | $32.19 | 65862-0560 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/27/2019 | | DRUGS RX/LEGEND | PANTOPRAZOLE SOD DR 40 MG TAB | 14 | $32.19 | 65862-0560 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/27/2019 | | DRUGS RX/LEGEND | HYDROCODONE-ACETAMIN 5-325 MG | 30 | $13.64 | 00406-0123 | 15 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/19/2019 | | DRUGS RX/LEGEND | PREGABALIN 50 MG CAPSULE | 40 | $130.92 | 00093-7623 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/21/2019 | | DRUGS RX/LEGEND | METOPROLOL TARTRATE 25 MG TAB | 28 | $10.37 | 00378-0018 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | | DRUGS RX/LEGEND | LACTULOSE 10 GM/15 ML SOLUTION | 60 | $10.37 | 00121-0577 | 4 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | | DRUGS RX/LEGEND | TAMSULOSIN HCL 0.4 MG CAPSULE | 14 | $27.03 | 68382-0132 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | | DRUGS OTC CHARGEABLE | B-COMPLEX WITH B12 TABLET | 14 | $4.16 | 00904-4181 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | | DRUGS RX/LEGEND | METOPROLOL TARTRATE 50 MG TAB | 28 | $11.71 | 00378-0032 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | | DRUGS RX/LEGEND | DUTASTERIDE 0.5 MG CAPSULE | 14 | $36.03 | 31722-0131 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | | DRUGS RX/LEGEND | CHOLESTYRAMINE PACKET | 14 | $22.89 | 68382-0528 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | DRUGS RX/LEGEND | NOVOLOG 100 UNIT/ML VIAL | 10 | $295.74 | 00169-7501 | 23 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | DRUGS RX/LEGEND | LEVEMIR 100 UNIT/ML VIAL | 10 | $314.52 | 00169-3687 | 42 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | DRUGS RX/LEGEND | LISINOPRIL 20 MG TABLET | 14 | $11.54 | 68180-0981 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | DRUGS RX/LEGEND | SIMVASTATIN 10 MG TABLET | 14 | $20.20 | 68180-0478 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | DRUGS RX/LEGEND | TAMSULOSIN HCL 0.4 MG CAPSULE | 14 | $27.03 | 68382-0132 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | DRUGS RX/LEGEND | LACTULOSE 10 GM/15 ML SOLUTION | 60 | $10.37 | 00121-0577 | 2 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/18/2019 | | IV PRODUCTS RX/LEGEND | 1000MG VANCOMYCIN HCL | 200 | $75.28 | 00338-3583 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/19/2019 | | DRUGS RX/LEGEND | TIMOLOL MALEATE 0.25% EYE DROP | 5 | $11.63 | 64980-0513 | 25 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/19/2019 | | IV PRODUCTS RX/LEGEND | 1000MG VANCOMYCIN HCL | 1000 | $376.38 | 00338-3583 | 5 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/23/2019 | | DRUGS RX/LEGEND | ALPHAGAN P 0.1% DROPS | 5 | $166.34 | 00023-9321 | 25 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/23/2019 | | IV PRODUCTS RX/LEGEND | 750MG VANCOMYCIN HCL-0. | 450 | $194.98 | 00338-3582 | 3 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | | DRUGS RX/LEGEND | SIMVASTATIN 10 MG TABLET | 14 | $20.20 | 68180-0478 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/25/2019 | | DRUGS RX/LEGEND | TAMSULOSIN HCL 0.4 MG CAPSULE | 14 | $27.03 | 68382-0132 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/26/2019 | | IV PRODUCTS RX/LEGEND | 750MG VANCOMYCIN HCL-0. | 900 | $389.95 | 00338-3582 | 6 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/29/2019 | | DRUGS RX/LEGEND | SODIUM POLYSTYRENE SULF POWDER | 15 | $11.11 | 10702-0036 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/30/2019 | | DRUGS RX/LEGEND | SODIUM POLYSTYRENE SULF POWDER | 15 | $11.11 | 10702-0036 | 1 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/24/2019 | | DRUGS OTC CHARGEABLE | VITAMIN D3 50,000 UNIT CAPSULE | 2 | $4.16 | 75834-0020 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/29/2019 | | DRUGS RX/LEGEND | FOLIC ACID 1 MG TABLET | 14 | $10.37 | 69315-0127 | 14 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/23/2019 | | DRUGS OTC CHARGEABLE | MELATONIN 10 MG TAB | 30 | $4.16 | 47469-0059 | 30 | 11/29/2019 | 09/30/2019 |
| LEGACY HILO REHAB & NURSING | 027 | | 09/24/2019 | | DRUGS RX/LEGEND | PERMETHRIN 5% CREAM | 240 | $179.63 | 00472-0242 | 1 | 11/29/2019 | 09/30/2019 |
| | | | | | | | TOTAL | $25,177.08 | | | | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>KAUMANA DRIVE PARTNERS, LLC<br><br>Debtor. | Case No. 19-01266<br>(Chapter 11)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ALLOWANCE AND INTERIM PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA** |

**[PROPOSED] ORDER GRANTING MOTION FOR ALLOWANCE AND INTERIM PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA**

Upon consideration of the Motion for Allowance and Interim Payment of Administrative Expense Claim of Pharmacy Corporation of America d/b/a Pharmerica ("Motion") filed June 30, 2020 (Dkt. No. _____), the exhibits attached to the Motion, and the records and files in this case, and good cause appearing, the Motion is hereby GRANTED as follows:

**EXHIBIT B**

1. The pre-petition administrative expense claim ("Claim") of Creditor Pharmacy Corporation of America d/b/a Pharmerica ("PharMerica") in the amount of $25,177.08 is allowed pursuant to 11 U.S.C. § 503(b)(9).

2. The Trustee is hereby authorized and directed to make interim payment of the foregoing sum to PharMerica prior to confirmation of the Debtor's Chapter 11 Plan or the filing of the Trustee's final report.

3. This Order is without prejudice to PharMerica's rights to assert and file claims against the Debtor for any pre-petition claims not within the 20-day administrative claim period and any post-petition claims.

**END OF ORDER**

Submitted by:

MICHAEL A. YOSHIDA         2559-0
may@hawaiilawyer.com
ROSS UEHARA-TILTON         10743-0
rut@hawaiilawyer.com
DAMON KEY LEONG KUPCHAK HASTERT
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Phone: (808) 531-8031 | Fax: (808) 533-2242

Attorneys for Creditor
PHARMACY CORPORATION OF AMERICA
d/b/a PHARMERICA